UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Gerald C. Bender, Esq.
Wojciech F. Jung, Esq.
Shirley Dai, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and Debtors-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| Dots, LLC, *et al.*, [1] | Case No. 14-11016 (___) |
| Debtors. | (Joint Administration Requested) |

**ORDER AUTHORIZING (I) REJECTION OF CERTAIN UNEXPIRED LEASES OF
NON-RESIDENTIAL REAL PROPERTY AS OF THE SURRENDER DATE,
(II) ABANDONMENT OF RELATED PROPERTY, AND (III) RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through four (4) and Exhibit 1 are hereby **ORDERED**.

---

[1] The Debtors in these chapter 11 cases are Dots, LLC, IPC/Dots LLC, and Dots Gift LLC. The last four digits of Dots, LLC's and IPC/Dots LLC's tax identification numbers are (3957) and (8282), respectively.

29066/2
01/20/2014 28374942.2

Page:     2
Debtor:   Dots, LLC et al
Case No.: 14-11016 (   )
Caption:  Order Authorizing (I) Rejection of Certain Unexpired Leases of Non-Residential Real Property as of the Surrender Date, (II) Abandonment of Related Property, and (III) Related Relief

---

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order, pursuant to sections 105(a), 365(a), and 554 of the Bankruptcy Code and Bankruptcy Rules 6003, 6004, 6006 and 6007 permitting the Debtors to reject as of the Surrender Date the Rejected Leases identified on **Exhibit 1** hereto, the abandonment of Related Property located at the premises associated with the Rejected Leases, and related relief; and the Court having reviewed the Motion and determined that the relief sought in the Motion is in the best interest of the Debtors, their estates and creditors, and other parties-in-interest; and the Court having jurisdiction to consider the Motion and the relief requested therein; venue being proper before the Court pursuant to 28 U.S.C. § 1408 and 1409; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.     The Rejected Leases, as set forth on **Exhibit 1** hereto**,** are hereby rejected as of the Surrender Date.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Page:      3
Debtor:    Dots, LLC et al
Case No.:  14-11016 (  )
Caption:   Order Authorizing (I) Rejection of Certain Unexpired Leases of Non-Residential Real Property as of the Surrender Date, (II) Abandonment of Related Property, and (III) Related Relief

---

2. Any claims arising out of or related to the rejection of each Rejected Lease must be filed by the deadline established in the Chapter 11 Cases for the filing of proofs of claim, or said claim shall be barred from receiving any distribution in the Chapter 11 Cases.

3. The Debtors do not waive any claims that they have (or may have) against any counterparty to a Rejected Lease whether or not such claim is related to the rejection of such Rejected Lease.

4. The Debtors are deemed to have abandoned the Related Property as of the Surrender Date at the locations set forth in **Exhibit 1**, without any administrative expense liability to any party-in-interest for rental charges or occupancy of the premises after the Surrender Date. Moreover, party-in-interest may, in their sole discretion and without further notice, dispose of such Related Property without liability to the Debtors and, to the extent applicable, the automatic stay is modified to allow such disposition.

5. The right of any party in interest to assert a non-administrative expense claim against the Debtors' estates for costs associated with the removal or disposition of the Related Property is fully preserved; provided that any such claim must be filed by the deadline established in these Chapter 11 Cases for the filing of proofs of claim, or said claim shall be barred from receiving any distribution in the Chapter 11 Cases; provided further that the rights of all parties, including those of the Debtors, to contest any such claim are fully preserved.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

Page:     4
Debtor:   Dots, LLC et al
Case No.: 14-11016 ( )
Caption:  Order Authorizing (I) Rejection of Certain Unexpired Leases of Non-Residential Real Property as of the Surrender Date, (II) Abandonment of Related Property, and (III) Related Relief

---

7. Counterparties and parties in interest to the Rejected Leases shall be prohibited from setting off or otherwise using security deposits or other monetary deposits in their possession or control to reduce their claim(s) against the Debtors without prior Court approval.

8. Bankruptcy Rule 6004(h) is waived and the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Exhibit 1**
**(Page 1 of 2)**

# LIST OF REJECTED LEASES
## (In Alphabetical Order by Landlord Name)

| Store # | Store Name | Store Location | | Landlord |
|---|---|---|---|---|
| 784 | Bay Plaza | Bronx | NY | Bay Plaza Community Center |
| 776 | Falcaro's Plaza | Lawrence | NY | Brixmor SPE 2 LLC |
| 221 | Westview Center | Hanover Park | IL | Brixmor SPE 3, LLC c/o Brixmor |
| 734 | Mktplace @ Carriage Crossing | Collierville | TN | Carriage Crossing Market |
| 778 | Centerpointe Mall | Grand Rapids | MI | Centerpoint Development |
| 775 | Westridge Court | Naperville | IL | Centro NP Holdings 6 SPE, LLC |
| 786 | Cherry Hill Walmart | Cherry Hill | NJ | Cherry Hill VF L.L.C. |
| 719 | Volusia Square | Daytona Beach | FL | Cole MT Daytona Beach FL, LLC |
| 599 | Shops @ Hulen | Ft. Worth | TX | Coleman & Logan, P.C. |
| 723 | Bandera Pointe North | 11643 Bandera Rd., San Antonio | TX | DDR DB SA Ventures LP |
| 787 | Terrell Plaza | 1231 Austin Highway San Antonio | TX | DDR DB Terrell LP |
| 752 | Macedonia Commons | Macedonia | OH | DOTRS Limited Liability |
| 712 | Rockwell Plaza | 8533 North Rockwell Avenue Oklahoma City | OK | Inland American Retail Mgmt, |
| 800 | Memorial Square | 13726 North Pennsylvania Ave., Oklahoma City | OK | Inland Continental Property |
| 715 | University Town Center | Norman | OK | Inland Diversified Real Estate |
| 765 | Four Flaggs S/C | 8321 W Golf Road, Niles | IL | Inland Four Flaggs, LLC |
| 741 | Levittown Town Center | Levittown | PA | Levittown LP |
| 804 | Worcester Crossing | Worcester | MA | Madison Worcester Holdings |
| 799 | Nassau Mall | Levittown | NY | Nassau Mall Plaza Associates |
| 391 | Northshore Commons | New Hyde Park | NY | New Lake Hill, L.L.C. |

**Exhibit 1**
**(Page 2 of 2)**

## LIST OF REJECTED LEASES
### (In Alphabetical Order by Landlord Name)

| Store # | Store Name | Store Location | | Landlord |
|---|---|---|---|---|
| 751 | Florence Square | Florence | KY | New Plan Property Holding |
| 763 | Novi Town Center | Novi | MI | Novi Town Center Investors LLC |
| 801 | Pinewood Square | Lake Worth | FL | Pinewood Palm Beach Retail, |
| 661 | Swansea S/C II | Swansea | MA | R.K. Swansea, LLC |
| 808 | Heritage Place | Creve Coeur | MO | Ramco-Gershenson Properties, |
| 671 | Rockwall Crossing | Rockwall | TX | Rockwall Crossing Ltd. |
| 729 | Deerfield Place | Milton | GA | Sembler Alpharetta I, LLC |
| 806 | Pointe Plaza | 5762 W. Touhy Ave., Niles | IL | TDC Ocean Pointe, LLC |
| 767 | Northpointe Plaza | Lewis Center | OH | Tuller Square Northpointe LLC |
| 277 | Villa Oak | Villa Park | IL | Villa Oaks, LLC |
| 652 | Voice of America | West Chester | OH | VOA Development Company, LLC |
| 785 | North Bergen | North Bergen | NJ | Vornado North Bergen Tonnelle |
| 811 | Clermont Landing | Clermont | FL | Weingarten I-4 Clermont |
| 783 | Countryside Centre | Clearwater | FL | Weingarten Realty Investors |
| 795 | Ridgeway Trace S/C | Memphis | TN | WRI Ridgeway, LLC |
| 713 | Westchester Commons | Midlothian | VA | Zaremba Metropolitan |