UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
John K. Sherwood, Esq.
Andrew Behlmann, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Counsel to the Debtors and
Debtors-in-Possession*

|   |   |
|---|---|
| In re: | Chapter 11 |
| Dots, LLC, *et al.*,[1] | Case No. 14-11016 (DHS) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER FIXING PREPETITION CURE COSTS WITH RESPECT TO CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY

The relief set forth on the following pages numbered two (2) through three (3), is hereby

ORDERED.

---

[1] The Debtors in these chapter 11 cases are Dots, LLC (3957), IPC/Dots LLC (8282), and Dots Gift LLC. The last four digits of Dots, LLC's and IPC/Dots LLC's tax identification numbers are (3957) and (8282), respectively

29066/2
02/14/2014 28615558.1

Page:     2
Debtor:   Dots, LLC, *et al.*
Case No.: 14-11016 (DHS)
Caption:  Order Granting Debtors' Motion for Entry of an Order Fixing Prepetition Cure Costs With Respect to Certain Unexpired Leases of Non-residential Real Property

---

**THIS MATTER** having been opened to the Court by the above-captioned debtors and debtors-in-possession (the "**Debtors**") upon the Motion (the "**Motion**")[2] of the Debtors for entry of an order fixing the prepetition Cure Costs applicable to the Leases; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. **§§** 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* dated as of September 18, 2012; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** in its entirety.

2. The Cure Costs applicable to the Leases are fixed in the amounts set forth in **Exhibit 1** to this Order.

3. The requirement set forth in Local Rule 9013-2 that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. Nothing herein or in the Motion shall constitute or be deemed or construed to constitute an assumption or agreement to assume any Lease.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

Page:     3
Debtor:   Dots, LLC, *et al.*
Case No.: 14-11016 (DHS)
Caption:  Order Granting Debtors' Motion for Entry of an Order Fixing the Cure Costs With Respect to Certain Unexpired Leases of Non-residential Real Property

---

      6.     This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Case 14-11016-DHS    Doc 215-1    Filed 02/14/14    Entered 02/14/14 21:04:12    Desc
Proposed Order    Page 3 of 11

Page:     3
Debtor:   Dots, LLC, *et al.*
Case No.: 14-11016 (DHS)
Caption:  Order Granting Debtors' Motion for Entry of an Order Fixing the Cure Costs With Respect to Certain Unexpired Leases of Non-residential Real Property

3

**EXHIBIT 1**
**PREPETITION CURE AMOUNTS**

| Store # | Counterparty | Shopping Center | State | Cure Amount |
|---|---|---|---|---|
| 372 | 11010 SEVENTH AVENUE | #1 MARKET S/C | FL | $ 14,122.91 |
| 568 | 3500 MAIN STREET STATION, INC. | University Plaza | NY | $ 6,859.64 |
| 699 | 380 TOWNE CROSSING, L.P. | 380 Towne Crossing | TX | $ 9,100.00 |
| 788 | 49TH & KEDZIE, LLC | Steeple Center | IL | $ 8,666.67 |
| 455 | 69TH STREET RETAIL OWNER L.P. | 69th Street | PA | $ 13,348.59 |
| 748 | 700 JEFFERSON ROAD II, LLC | Market Place Square | NY | $ 8,098.51 |
| 453 | AAIM HOWARD AND WESTERN, LLC | Howard & Western | IL | $ 9,001.44 |
| 587 | ABCO LANDDEVELOPMENT | Eastown S/C | OH | $ 2,867.33 |
| 258 | ACADIA CRESCENT PLAZA LLC | CRESCENT STREET PLAZA | MA | $ 5,812.28 |
| 262 | ACADIA MERRILLVILLE REALTY | MERRILLVILLE PLAZA | IN | $ 6,201.95 |
| 339 | ACP CUMBERLAND ASSOCIATES | CUMBERLAND | NJ | $ 5,238.65 |
| 647 | ALEJO/ALVAREZ INVESTMENT, INC. | Palmhurst Walmart | TX | $ 7,296.83 |
| 441 | AMALGAMATED FINANCIAL | Narrangansett Plaza | RI | $ 3,645.84 |
| 274 | AMALGAMATED FINANCIAL GROUP | S. ATTLEBORO SQ. | MA | $ 10,828.50 |
| 616 | AMCAP COPACO LLC | Copaco S/C | CT | $ 7,549.45 |
| 440 | AMCB PERRING, LLC | Parkway Crossing | MD | $ 8,608.68 |
| 692 | ARGYLE FOREST RETAIL I, LLC | Oak Leaf Town Center | FL | $ 5,527.55 |
| 694 | ARLINGTON RIDGE MARKETPLACE, | Arlington Ridge Market Place | OH | $ 8,410.42 |
| 485 | A-S 94 WESTHEIMER-DAIRY | Westheimer Marketplace | TX | $ 4,853.67 |
| 364 | AT PROPERTIES, LLC | PINE TREE | IL | $ 5,643.67 |
| 597 | AUDUBON VENTURES LIMITED | Audubon Crossing | NJ | $ 7,340.63 |
| 408 | BAI CONSUMER SQUARE WEST LLC | CONSUMER SQ WEST | OH | $ 4,140.00 |
| 591 | BARTON LYNNHAVEN, LLC | Lynnhaven North | VA | $ 5,847.90 |
| 634 | BC WOOD INVESTMENT FUND I, | Dixie Manor | KY | $ 3,506.95 |
| 704 | BDB SUMMER CENTER, LLC | Summer Center | TN | $ 9,130.01 |
| 474 | BELGRADE AND THOMPSON | Aramingo Supercenter | PA | $ 8,449.34 |
| 313 | BELMONT SHOPPING CENTER | BELMONT S/C | MI | $ 6,750.00 |
| 532 | BG THRUWAY LLC | Thruway Plaza | NY | $ 7,101.84 |
| 607 | BIECK MANAGEMENT INC | Riverworks Commons | WI | $ 6,875.49 |
| 674 | BIG VINEYARD VILLAGE, LLC | Vineyard Village | TX | $ 7,771.20 |
| 227 | BLDG-ICS OLNEY, LLC | ONE & OLNEY | PA | $ 8,224.35 |
| 515 | BLOOMFIELD FRANKLIN, LLC | Franklin Square | NJ | $ 13,411.00 |
| 578 | BRADENTON ASSOCIATES | Cortez Plaza | FL | $ 5,712.38 |
| 170 | BRANDON ASSOCIATES SOUTHGATE | SOUTHGATE | MI | $ 6,268.32 |
| 287 | BRE NON-CORE 2 OWNER B LLC | TERRACE S/C | MN | $ 4,749.64 |
| 431 | BRE RETAIL RESIDUAL OWNER | 30th Street Plaza | OH | $ 3,860.89 |
| 437 | BRE RETAIL RESIDUAL OWNER 1, | Western Hills Plaza | OH | $ 7,406.99 |
| 580 | BRE RETAIL RESIDUAL OWNER 6, | Sun Ray | MN | $ 10,589.33 |
| 213 | BRICKTOWN SQUARE LLC | BRICKTOWN SQ. | IL | $ 11,930.00 |
| 663 | BRIGHT-MEYERS BUSH RIVER | Bush River | SC | $ 6,087.67 |
| 668 | BRIGHT-MEYERS KENNESAW | Town Center Market | GA | $ 6,140.00 |
| 454 | BRIXMOR EXCHANGE PROPERTY | Holyoke Plaza | MA | $ 3,750.00 |
| 212 | BRIXMOR GA ROUNDTREE PLACE, | YPSILANTI (ROUNDTREE) | MI | $ 5,427.62 |
| 183 | BRIXMOR GA SOUTHLAND SHOPPING | SOUTHLAND | OH | $ 5,008.71 |
| 592 | BRIXMOR HOLDINGS 11 SPE, LLC | Rockland Plaza | NY | $ 10,832.94 |
| 114 | BRIXMOR HOLDINGS 8 SPE, LLC | BRENTWOOD | OH | $ 5,705.90 |
| 108 | BRIXMOR MIRACLE MILE, LLC | MIRACLE MILE | OH | $ 6,926.04 |
| 260 | BRIXMOR SPE 1, LLC | HUB S/C | MN | $ 8,751.44 |
| 558 | BRIXMOR SPE 3, LLC | Rivercrest S/C | IL | $ 7,200.00 |
| 242 | BRIXMOR SPE 4 LLC | WATERTOWER PLAZA | MA | $ 6,863.35 |

| | | | | |
|---|---|---|---|---|
| 500 | BRIXMOR SPE 5, LLC | Speedway Supercenter | IN | $ 6,460.00 |
| 653 | BRIXMOR SPRING MALL LIMITED | Spring Mall | WI | $ 7,512.06 |
| 691 | BRIXMOR WOLFCREEK IV LLC | Market at Wolfcreek | TN | $ 10,594.99 |
| 466 | BRIXMOR/IA CROSSROADS CENTER, | Cross Roads S/C | TX | $ 4,872.72 |
| 299 | BRIXMOR/IA TINLEY PARK PLAZA, | TINLEY PARK | IL | $ 7,789.53 |
| 445 | BT LANTANA, LLC | Lantana S/C (040202) | FL | $ 8,040.71 |
| 530 | BUCKNER SHOPPING CENTER, L.P. | Buckner Commons | TX | $ 9,116.67 |
| 275 | BUSTLETON PARTNERS | COTTMAN-BUSTLETON | PA | $ 7,174.20 |
| 700 | CAPREF SMYRNA LLC | Colonial TownPark Symrna | TN | $ 11,485.42 |
| 432 | CB CHICAGO PARTNERS LTD. | Canterbury S/C | IL | $ 6,477.06 |
| 637 | CEDAR HILLS CONSOLIDATED, LLC | Cedar Hills | FL | $ 6,348.90 |
| 306 | CEDAR-CARMANS, LLC | CARMANS PLAZA | NY | $ 11,344.67 |
| 543 | CEDAR-SOUTH PHILADELPHIA I, | South Philly | PA | $ 7,838.67 |
| 631 | CENTRAL ISLIP HOLDINGS LLC | Central Islip Town Center | NY | $ 15,690.97 |
| 733 | CENTRE WEST SHOPS, LLC | Centre West Shopps | IN | $ 9,141.33 |
| 235 | CENTRO BRADLEY CROSS KEYS | CROSS KEYS COMMONS | NJ | $ 9,350.97 |
| 172 | CENTRO BRADLEY SPE 3 LLC | REDFORD | MI | $ 4,878.34 |
| 495 | CENTRO NP HOLDINGS 12 SPE, LLC | Northtown Plaza | TX | $ 8,704.03 |
| 371 | CENTRO NP MIAMI GARDENS, LLC | MIAMI GARDENS | FL | $ 5,142.01 |
| 761 | CENTRO NP SURREY SQUARE MALL, | Surrey Square | OH | $ 6,656.25 |
| 290 | CENTRO PROPERTIES GROUP | WATERBURY PLAZA | CT | $ 8,383.80 |
| 465 | CENTRO/IA SPENCER SQUARE, | Spencer Square | TX | $ 7,243.54 |
| 510 | CENTURY DEVELOPMENT COMPANY | College Park Plaza | IN | $ 6,012.02 |
| 285 | CENTURY SHOPPING CENTER LLC | CENTURY CENTER | MA | $ 5,189.93 |
| 626 | CHARLOTTE (ARCHDALE) UY, LLC | Archdale Marketplace | NC | $ 6,729.33 |
| 473 | CHODY REAL ESTATE CORP | Broadway Plaza | IL | $ 3,000.00 |
| 690 | CHR II, LLC C/O WILLIAM C. | Shops @ Park Village | DC | $ 12,465.76 |
| 680 | CHURCH SQUARE HOLDINGS, LLC | Shops @ Church Square | OH | $ 8,251.91 |
| 267 | CLARK WOLCOTT PROPERTIES LLC | FAIRWAY PLAZA | IL | $ 14,098.92 |
| 644 | CLEARVIEW WESLACO, L.P. | Weslaco | TX | $ 6,938.33 |
| 738 | COCCA PROPERTIES 13, LLC | Cocca Properties | TN | $ 8,896.67 |
| 782 | COLE MT CHICAGO IL, LLC | Metro Commons | IL | $ 9,632.67 |
| 722 | COLE MT RICHMOND, VA, LLC | Shops at White Oak Village | VA | $ 8,831.25 |
| 730 | COLE MT UNIONTOWN PA, LLC | WIDEWATER COMMONS | PA | $ 5,893.14 |
| 281 | CONVERY ASSOCIATES | CONVERY PLAZA | NJ | $ 9,738.33 |
| 381 | CORE EQUITIES, LLC AS AGENT | EVERGREEN SQUARE | IL | $ 4,530.23 |
| 293 | COUNTRY CLUB PLAZA ASSOCIATES, | COUNTRY CLUB PLAZA | MA | $ 8,754.69 |
| 529 | COVINGTON DELLVIEW, LLC | Dellview Marketplace | TX | $ 5,371.00 |
| 468 | CRANSTON BVT ASSOCIATES | Brewery Shopping Park | RI | $ 7,644.99 |
| 411 | CROSS COUNTY ASSOC. LTD. | Cross County | FL | $ 12,238.12 |
| 462 | CROSSINGS SHOPPING CENTER L.P. | The Crossings | MO | $ 6,753.33 |
| 609 | CULVER CENTER PARTNERS GEORGIA | Old National Town Center | GA | $ 7,545.33 |
| 523 | CW BIRCH RUN, LLC | Birch Run Station | MN | $ 7,725.31 |
| 405 | D. CAMILLERI, LLC | Grandland | MI | $ 7,916.67 |
| 149 | DAVENPORT CENTER LIMITED | DAVENPORT, IA | IA | $ 4,162.00 |
| 547 | DAVID M. BROWNING RECEIVER | River Street Square | OH | $ 3,817.38 |
| 570 | DCR MANAGEMENT, LLC | Englewood Plaza | IL | $ 9,451.50 |
| 308 | DDR CULVER RIDGE LLC | CULVER RIDGE | NY | $ 6,825.14 |
| 635 | DDR DB 151 VENTURES LP | Westover Marketplace | TX | $ 7,841.71 |
| 798 | DDR WARNER ROBBINS LLC | Warner Robins | GA | $ 6,802.06 |
| 791 | DDRM CASSELBERRY COMMONS LLC | Casselberry Commons | FL | $ 7,011.95 |
| 590 | DDRM LARGO TOWN CENTER LLC | Largo Towne Center | MD | $ 6,812.80 |
| 695 | DDRTC EISENHOWER CROSSING LLC | Eisenhower Crossing S/C | GA | $ 8,593.88 |

| | | | | | |
|---|---|---|---|---|---|
| 727 | DDRTC FAYETTE PAVILION I AND | Fayette Pavillion | GA | $ | 7,290.79 |
| 309 | DEMOULAS SUPER MARKETS, INC. | MARKETBASKET S/C | MA | $ | 5,222.92 |
| 367 | DEVCON FAIRHAVEN LLC | BERDON PLAZA | MA | $ | 5,177.73 |
| 747 | DGPOM MASTER TENANT, LLC | Shoppes at Detroit's Gateway Park | MI | $ | 1,285.19 |
| 413 | DONALDSON PROPERTIES, LTD. | Great Southern | OH | $ | 4,718.43 |
| 538 | DULUTH (GWINNETT) SSR, LLC | Gwinnett Marketfair | GA | $ | 6,485.33 |
| 193 | DW28 FREMONT, LLC | FREMONT | OH | $ | 3,498.00 |
| 263 | DYL ASSOCIATES | K MART PLAZA | PA | $ | 3,200.00 |
| 314 | EARLE W. KAZIS AND | RIVER CITY S/C | MA | $ | 7,333.33 |
| 619 | EAST FOREST PLAZA I, LLC | East Forest Plaza | SC | $ | 7,025.38 |
| 163 | EASTGATE SHOPPING CENTER | EASTGATE | MI | $ | 6,526.53 |
| 758 | EASTOVER PLAZA IMPROVEMENTS, | Eastover Shopping Center | MD | $ | 9,062.00 |
| 703 | ELLENWOOD TOWN CENTER, LLC | Ellenwoof Town Center | GA | $ | 7,533.00 |
| 334 | ENDICOTT PLAZA LIMITED | ENDICOTT PLAZA | MA | $ | 5,595.50 |
| 720 | EQUITY ALLIANCE OF CANTON | Crossroads Village | MI | $ | 8,791.42 |
| 710 | EQUITY ONE (FLORIDA | Town and Country | FL | $ | 7,343.35 |
| 565 | EQUITY ONE (WEBSTER) INC. | Webster Plaza | MA | $ | 3,994.10 |
| 760 | FAIRLANE ALLEN PARK, MI LLC | Fairlane Green | MI | $ | 9,090.00 |
| 772 | FALL RIVER SHOPPING CENTER | Fall River s/c | MA | $ | 6,889.47 |
| 676 | FEDERAL REALTY INVESTMENT | Shops @ Willow Lawn | VA | $ | 11,426.88 |
| 546 | FR FLORIDA, INC. | Tri-county Plaza | FL | $ | 9,654.49 |
| 594 | FREMDLING FAMILY PARTNERS, LP | Pinnacle Park | TX | $ | 9,434.22 |
| 438 | FUNB 2000-C2 TORRENCE RETAIL, | Landings S/C | IL | $ | 8,862.00 |
| 252 | FUSCO PROPERTIES, L.P. | COLLEGE SQUARE | DE | $ | 7,933.33 |
| 439 | FW IL-RIVERSIDE/RIVERS EDGE, | Riverside Square | IL | $ | 8,304.61 |
| 757 | G B MALL LIMITED PARTNERSHIP | Bletway Plaza Shopping | MD | $ | 8,883.00 |
| 533 | G&I VII BELLAIR PLAZA LLC | Bellair Plaza | FL | $ | 7,470.40 |
| 654 | GAITWAY PLAZA, LLC | Gaitway Shopping | FL | $ | 8,235.62 |
| 156 | GATEWAY JACKSON, INC. | LIMA, OH | OH | $ | 3,359.54 |
| 519 | GATEWAY WASHINGTON, INC. | Har Mar Mall | MN | $ | 9,456.59 |
| 658 | GEMINI RIO NORTE S, LP AND | Rio Norte S/C | TX | $ | 11,799.92 |
| 338 | GIRARD SQUARE A NY LP-CHESTNUT | CHESTNUT | PA | $ | 8,466.66 |
| 429 | GLENVILLE TOWNE CENTER, LTD. | Glenville Town Center | OH | $ | 8,206.00 |
| 527 | GLENWOOD MORROW COMPANY, | Southlake Festival | GA | $ | 4,072.58 |
| 442 | GMM SUNSHINE, LLC C/O | Sunshine Plaza | FL | $ | 8,212.57 |
| 518 | GOLDEN GATE SHOPPING CENTER, | Golden Gate  (080802) | OH | $ | 9,176.93 |
| 574 | GRE VISTA RIDGE, LP | Vista Ridge | TX | $ | 7,804.00 |
| 792 | GREENVILLE (WOODRUFF) WMB, LLC | Shoppes at woodruff | SC | $ | 5,861.70 |
| 716 | GS BOARDMAN LLC | Southland Crossing | OH | $ | 5,928.03 |
| 711 | GUMBERG ASSOCIATES - CHAPEL | The Waterworks | PA | $ | 11,992.50 |
| 588 | HAMDEN PLAZA ASSOCIATES, LLC | Hamden Plaza | CT | $ | 6,520.42 |
| 124 | HAMILTON II LLC | DILLONVALE | OH | $ | 3,300.00 |
| 148 | HAMILTON WEST SHOPPING CENTER, | HAMILTON, OH | OH | $ | 2,303.30 |
| 576 | HAT #1, LLC | Toledo Commons | OH | $ | 6,992.20 |
| 662 | HAWTHORNE WORKS CENTER, LTD. | Hawthorne Works SC | IL | $ | 11,425.39 |
| 736 | HEBCO DEVELOPMENT, INC | McCreless Market | TX | $ | 9,579.10 |
| 420 | HIGHLAND LAKES CENTER, LLC | Highland Lakes | FL | $ | 5,541.04 |
| 579 | HIGHWAY 6 PLAZA, L.P. | Pavilion Plaza | TX | $ | 5,239.82 |
| 155 | HK NEW PLAN ERP PROPERTY | GOSHEN, IN | IN | $ | 3,940.08 |
| 610 | HVCA, LLC | Hempstead Village | NY | $ | 15,706.00 |
| 257 | I/G RIVERSIDE, LLC | NORTH RIVERSIDE PARK | IL | $ | 9,898.74 |
| 300 | INDUSTRIAL LAND PARTNERS, LLC | BAY HARBOR PLAZA | NJ | $ | 4,250.69 |
| 629 | INLAND AMERICAN RETAIL | New Forest | TX | $ | 7,540.80 |

| # | Name | Property | State | Amount |
|---|------|----------|-------|--------|
| 685 | INLAND AMERICAN RETAIL | Woodlake Crossing | TX | $ 8,166.67 |
| 743 | INLAND COMMERCIAL MANAGEMENT | Orchard Crossing | IN | $ - |
| 298 | INLAND COMMERCIAL PROPERTY | AURORA COMMONS | IL | $ 5,345.52 |
| 718 | INLAND DIVERSIFIED REAL ESATE | Wheatland Town Center | TX | $ 8,499.99 |
| 790 | INLAND DIVERSIFIED REAL ESTATE | Shoppes at Prarie Ridge | WI | $ 7,309.90 |
| 793 | INLAND DIVERSIFIED REAL ESTATE | Bayonne Crossing | NJ | $ 15,228.40 |
| 780 | INLAND TRS PROPERTY | Timmerman Plaza | WI | $ 7,858.34 |
| 669 | INLAND WESTERN AUSTIN | Southpark Meadows | TX | $ 6,826.87 |
| 582 | IRONDEQUOIT PLAZA ASSOCIATES, | Irondequoit Plaza | NY | $ 4,931.91 |
| 640 | J.L. URRUTIA INVESTMENTS, LLC | Trenton North SC | TX | $ 10,029.59 |
| 160 | JAMESON PROPERTIES, L.L.C. | EUCLID | OH | $ 5,490.63 |
| 289 | JBE MANAGEMENT, LLC | MICHIGAN & SCHAEFER | MI | $ 6,172.00 |
| 302 | JDC/MANCHESTER LP | TJ MAXX PLAZA | NH | $ 10,425.00 |
| 622 | JHJ LAWRENCEVILLE, LLC | Lawrenceville commons | GA | $ 5,762.40 |
| 329 | JOLIET HILLCREST CENTER LLC | HILLCREST S/C | IL | $ 5,742.20 |
| 698 | JONES LANG LASALLE / KENDALL MARKETPLACE | Kendall Marketplace | IL | $ 8,709.71 |
| 673 | JONES LANG LASALLE AMERICAS / CENTER AT GLEN BURNIE | Center @ Glenn Burnie | MD | $ 9,464.50 |
| 157 | KAMMS PLAZA SHOPPING CENTER, | CLEVELAND, OH | OH | $ 3,380.35 |
| 606 | KIMCO AUGUSTA 635, INC. | Augusta Square | GA | $ 5,128.70 |
| 497 | KIMCO COMPANY OF INDIANA | Linwood Square | IN | $ 5,595.10 |
| 664 | KIMCO DURHAM LIMITED | Oakcreek Village | NC | $ 7,639.30 |
| 531 | KIMCO LAKELAND 123, INC. | Lakeland | FL | $ 6,363.57 |
| 511 | KIMCO MAPLEWOOD 673, INC. | Maplewood | FL | $ 8,911.38 |
| 505 | KIMCO REALTY CORPORATION | Gravois Plaza | MO | $ 6,632.04 |
| 561 | KIMCO REALTY CORPORATION | Babies 'R Us -Lauderhill | FL | $ 5,514.05 |
| 393 | KIOP BRANFORD 034, LLC | Branhaven Plaza | CT | $ 7,802.22 |
| 264 | KIR LATHAM FARMS, L.P. | LATHAM FARMS | NY | $ 7,191.91 |
| 328 | KIR SMOKETOWN STATION, LP | SMOKETOWN STATION | VA | $ 10,875.71 |
| 456 | KOP KLINE PLAZA LLC | Kline Plaza | PA | $ 7,524.11 |
| 615 | KP PARKSIDE, LLC | Shops @ Park Place | FL | $ 8,974.97 |
| 541 | KRT PROPERTY HOLDINGS LLC | Whitehall | PA | $ 7,493.54 |
| 448 | L & J MANCHESTER LLC | Manchester Parkade | CT | $ 7,543.03 |
| 573 | LAKE AIR HOLDINGS, LLC | Lake Air Court | TX | $ 6,731.13 |
| 545 | LAKEWOOD RETAIL, LLC | Lakewood S/C- Margate | FL | $ 9,310.89 |
| 642 | LANDMARK HHH, L.L.C. | Landmark HH | VA | $ 9,457.37 |
| 773 | LANSING RETAIL CENTER, LLC | Lansing Retail Center | MI | $ 8,001.14 |
| 246 | LEVIN MANAGEMENT CORPORATION | CAPITOL PLAZA | NJ | $ 6,070.82 |
| 198 | LEVIN PROPERTIES, L.P. | ERIE | PA | $ 8,070.16 |
| 490 | LEVIN PROPERTIES, LP | Blue Star | NJ | $ 4,846.61 |
| 467 | LG EDGEBROOK, LLC | Edgebrook S/C | TX | $ 5,993.64 |
| 781 | LIGHTHOUSE PLAZA, LLC | Lighthouse Crossing | OH | $ 4,750.00 |
| 744 | LIGHTMAN SOUTH LAKE CO., LLC | South Lake Center | MS | $ 8,754.16 |
| 188 | LINCOLN SHOPPING CENTER | OAK PARK | MI | $ 5,800.00 |
| 645 | LINDER VENTURES IV, LLC | The Shopps at Pyramids Plaza | NC | $ 7,678.17 |
| 753 | LIVONIA PHOENIX DEVELOPER | Livonia Market Place | MI | $ 8,000.00 |
| 769 | MACDADE MALL ASSOCIATES, L.P. | MacDade Mall | PA | $ 8,353.00 |
| 528 | MADISON AVENUE COMMONS, LLC | The Village | IN | $ 6,517.37 |
| 707 | MANSFIELD KDC III L.P. | Mainsfield Towne Center | TX | $ 7,015.42 |
| 745 | MARKETPLACE WEST MEMPHIS LLC | The Market at West Memphis | AR | $ 5,529.52 |
| 350 | MARLOW HEIGHTS SHOPPING CENTER | MARLOW HEIGHTS | MD | $ 5,691.30 |
| 219 | MARPLAZ, LLC | BUFFALO (FREDDY'S PLAZA) | NY | $ 13,715.35 |
| 625 | MB SAN ANTONIO BROOKS LP | Brooks Corners | TX | $ 7,582.36 |
| 632 | MEPT PENN MAR LLC | Penn Mar | MD | $ 9,502.72 |

| # | Name | Location | State | Amount |
|---|---|---|---|---|
| 415 | MERRIMAC INCOME PARTNERS, LP | Metheun, MA | MA | $ 9,314.97 |
| 796 | MICHAEL A. LIGHTMAN | Centennial Commons | TN | $ 6,737.01 |
| 683 | MIDDLEBELT PLYMOUTH VENTURE | Wonderland Village | MI | $ 11,398.25 |
| 457 | MIDDLESEX ASSOCIATES LLP | Middlesex S/C | MD | $ 4,945.09 |
| 638 | MIDLAND REALTYLLC | Norgate Plaza | IN | $ 6,001.48 |
| 330 | MLO GREAT SOUTH BAY LLC | MONTAUK | NY | $ 17,476.09 |
| 395 | MODEL T PLAZA ASSOCIATES, | Model T Plaza | MI | $ 7,080.00 |
| 706 | MOG CROSSING, LLC | Mall of Georgia | GA | $ 10,507.17 |
| 755 | MONDAWMIN MALL | Mondawmin Mall | MD | $ 13,527.95 |
| 312 | MONTCLAIR GROVE, LLC.JOHN M. AGNELLO, RECEIVER | LACKAWANNA STATION | NJ | $ 7,900.00 |
| 648 | NEMP HOLDINGS, L.P. | Northeast Market Place | TX | $ 7,968.00 |
| 161 | NEW BOSTONPARTNERS LLC | NEW BOSTON | OH | $ 1,964.25 |
| 725 | NEW PLAN HAMPTON VILLAGE LLC | Hampton Village | MI | $ 9,793.66 |
| 111 | NEWPORT COMPANY | NEWPORT | KY | $ 3,564.13 |
| 232 | NORRIDGE PLAZA, LLC | GAP S/C | IL | $ 10,533.33 |
| 430 | NORTH AND CICERO DEVELOPMENT, | Washington Square (032901) | IL | $ 7,974.67 |
| 414 | NORTHERN LIGHTS IMPROVEMENTS, | Northern Lights | OH | $ 4,983.33 |
| 807 | NORTHGATE SHOPPING CENTER LP | Northgate SC | MA | $ 8,403.50 |
| 410 | NORTHLAND PLAZA SHOPPING | Northland Place | OH | $ 3,859.81 |
| 708 | NORTHLINE COMMONS LLC | Northline Mall | TX | $ 9,017.00 |
| 569 | NORTHSIDE CENTRE, LLC | Northside Market Place | FL | $ 8,804.31 |
| 475 | NORWICH REALTY ASSOCIATES, LLC | Marcus Plaza | CT | $ 5,468.50 |
| 428 | NY JEFFERSON, L.L.C. | Shops @ Jefferson Village | MI | $ 3,600.00 |
| 789 | OAKLAND POINT PARTNERS, LLC | Oakland Point East | MI | $ 7,352.18 |
| 396 | OEKOS DUNDALK, LLC | Dundalk S/C | MD | $ 5,739.45 |
| 460 | ONXY EQUITIES, LLC AS RECEIVER | Independence Plaza | NJ | $ 4,333.28 |
| 359 | OVERLAND PLAZA, LLC | OVERLAND | MO | $ 7,229.36 |
| 164 | P & S EQUITIES, INC. | AUSTINTOWN | OH | $ 4,017.30 |
| 384 | PALM SPRINGS MILE ASSOCIATES, | Palm springs Mile | FL | $ 12,162.15 |
| 470 | PATCHOGUE REALTY ASSOCIATES, | Gateway Center | NY | $ 9,986.78 |
| 650 | PL CHERRYDALE POINT, LLC | Cherrydale Point | SC | $ 8,237.34 |
| 717 | PLANTATION POINT DEVELOPMENT, | Plantation Point | NC | $ 7,318.50 |
| 174 | PLAZA CHAPEL HILL, LTD. | CUY. FALLS, OH | OH | $ 5,748.90 |
| 687 | PORTFOLIO ADDISON TOWN CENTER | Addison Town Center | TX | $ 6,947.35 |
| 577 | PORTSMOUTH ASSOCIATES, LLC | Victory Crossing | VA | $ 6,142.10 |
| 513 | PR WASHINGTON CROWN LP | Washington Crown Center | PA | $ - |
| 754 | PRIMESTOR 119, LLC DBA | Marshfield Plaza | IL | $ 11,007.33 |
| 424 | PRINCIPAL LIFE INSURANCE CO., LLC | Stony Island Plaza | IL | $ 8,072.10 |
| 617 | PROPERTY MGMT SUPPORT, INC. | St Johns Square | FL | $ 4,694.72 |
| 333 | PROSPECT PLAZA IMPROVEMENTS, | PROSPECT PLAZA | CT | $ 14,234.92 |
| 557 | PZ MIRACLE LIMITED PARTNERSHIP | Miracle Mile | PA | $ 11,408.83 |
| 595 | RACEWAY LAND DEVELOPMENT LLC | Raceway Park | IL | $ 8,628.30 |
| 159 | RAMCO GERSHENSON PROPERTIESLP | WARREN | MI | $ 11,070.88 |
| 228 | RAMCO GERSHENSON PROPERTIESLP | CLINTON POINTE | MI | $ 5,354.33 |
| 238 | RAMCO GERSHENSON PROPERTIESLP | WEST ALLIS | WI | $ 9,785.72 |
| 812 | RAMCO GERSHENSON PROPERTIESLP | Deer Creek Center | MO | $ 6,796.36 |
| 628 | RAMCO HHF KISSIMMEE LLC | Kissimmee West | FL | $ 8,551.44 |
| 115 | RAMCO SPRING MEADOWS LLC | SPRING MEADOWS | OH | $ 8,183.09 |
| 443 | RAMCO-GERSHENSON PROP. | West Broward | FL | $ 8,772.67 |
| 749 | RAMCO-GERSHENSON PROP. | Fairlane Medows | MI | $ 7,551.00 |
| 136 | RAMCO-GERSHENSON PROPERTIES, | FLINT, MI | MI | $ 7,884.96 |
| 612 | RANCHO NORTHWEST CROSSINGS,LLC | Northwest Crossing | TX | $ 7,912.27 |
| 403 | RANDALL BENDERSON 1993-1 TRUST | Niagara | NY | $ 7,410.00 |

| | | | | | |
|---|---|---|---|---|---|
| 803 | RB LOWELL MEADOW BROOK LLC | RB Lowell llc | MA | $ | 9,354.16 |
| 535 | RC INLAND REIT LP | Great southwest Crossing | TX | $ | 10,787.27 |
| 167 | RCG-LANSING, LLC | LANSING | MI | $ | 7,830.00 |
| 508 | RD ELMWOOD ASSOCIATES, L.P. | Elmwood Park | NJ | $ | 13,398.41 |
| 657 | REDUS ILLINOIS, LLC | Sherman Plaza | IL | $ | 10,966.70 |
| 422 | REGENCY CENTERS CORPORATION | Riverview | IL | $ | 8,734.90 |
| 488 | REGENCY CENTERS, L.P. | Delk Spectrum | GA | $ | 7,806.50 |
| 498 | REGENCY CENTERS, L.P. | Regency Square | FL | $ | 7,900.30 |
| 525 | REGENCY CENTERS, L.P. | Briarcliff Village | GA | $ | 8,307.41 |
| 254 | REIN-MIDWAY LIMITED PARTNER- | MIDWAY S/C | MN | $ | 11,761.77 |
| 764 | RENAISSANCE SQUARE LLC | Renaissance Square | TX | $ | 7,725.00 |
| 651 | RGC STARR RETAIL, LTD. | Starr Plaza S/C | TX | $ | 7,254.00 |
| 140 | RIDGE PARK SQUARE | BROOKLYN, OH | OH | $ | 6,015.47 |
| 239 | ROBIN REALTY & MANAGEMENT CO., | OAK LAWN CENTER | IL | $ | 5,576.98 |
| 759 | ROSLINDALE CUMMINGS HIGHWAY | Rosindale Stop & Shop | MA | $ | 10,837.70 |
| 509 | ROSLYN FARM ASSOCIATES, L.L.C. | Southgate Square | VA | $ | 6,747.28 |
| 689 | ROUND ROCK CROSSINGS TEXAS LP | Capital City | TX | $ | 7,365.00 |
| 536 | RPAI SOUTHWEST MANAGEMENT LLC | Alison's Corner | TX | $ | 6,976.81 |
| 656 | RPAI SOUTHWEST MANAGEMENT LLC | Lake Worth, TX | TX | $ | 8,380.03 |
| 434 | RPAI US MANAGEMENT LLC | Ashland/Roosevelt (032102) | IL | $ | 10,328.55 |
| 675 | RPAI US MANAGEMENT LLC | Dorman Center | SC | $ | 8,042.87 |
| 693 | RPAI US MANAGEMENT LLC | Southeast market Center | WI | $ | 9,599.35 |
| 702 | RPAI US MANAGEMENT LLC | Village Shops @ Gainesville | GA | $ | 8,223.91 |
| 407 | SALEM CONSUMER SQUARE OH LLC | Salem Consumer | OH | $ | 3,153.77 |
| 696 | SAM UNIVERSITY POINTE, LLC | Tkc Universiity Center LLC | NC | $ | 7,859.59 |
| 660 | SANSONE PLAZA ON THE | Plaza on the Boulevard | MO | $ | 11,680.67 |
| 303 | SAUGUS REALTY COMPANY LP | SAUGAS | MA | $ | 11,878.16 |
| 123 | SCHOTTENSTEIN-COLERAIN LLC | COLERAIN | OH | $ | - |
| 593 | SELIG ENTERPRISES, INC. | Broad Street Plaza | GA | $ | 5,770.64 |
| 499 | SEVERANCE SPE LEASECO., LLC | Severance Town Ctr | OH | $ | 7,693.67 |
| 240 | SG2, LLC | NORTHRIDGE PLAZA | WI | $ | 4,322.97 |
| 223 | SHAKER MZL LLC | SHAKERTOWNE | OH | $ | 8,919.83 |
| 641 | SHARY RETAIL, LTD., | Sharyland Town Crossing | TX | $ | 11,602.42 |
| 611 | SHILLDEV (U.S.), INC. | Promenade Shops | FL | $ | 9,227.22 |
| 583 | SHOP CITY PW/LB ASSOCIATES, | Shop City | NY | $ | 4,833.21 |
| 253 | SIGNAL HILLS COMPANY, LLC | SIGNAL HILLS MALL | MN | $ | 6,437.36 |
| 779 | SILAS CREEK CROSSING | Silas Creek Crossing | NC | $ | 6,543.25 |
| 220 | SIMON PROPERTY GROUP | MATTESON | IL | $ | 5,131.75 |
| 721 | SIMON PROPERTY GROUP | Simon Prop Group | IL | $ | 9,211.39 |
| 539 | SINIAWA VIII, L.P. | Dickson City Commons | PA | $ | 6,188.44 |
| 516 | SL SOUTHPORT LLC AND | Southport S/C | NY | $ | 8,772.86 |
| 426 | SOUTH DADE SHOPPING, LLC C/O | South Dade | FL | $ | 7,037.12 |
| 171 | SOUTH PLAZA ASSOCIATES | SOUTH PLAZA | OH | $ | 3,645.93 |
| 564 | SOUTH TOWNE CENTER LLC | South Towne Centre | WI | $ | 8,807.38 |
| 526 | SOUTHERN PLAZA, LLC | Southern Plaza | IN | $ | 6,871.83 |
| 162 | SOUTHGATE CENTER ASSOCIATES | SOUTHGATE | OH | $ | 4,406.00 |
| 141 | SOUTHLAND MALL, LTD | PORTAGE, MI | MI | $ | 5,640.07 |
| 586 | SOUTHLAND TERRACE SHOPPING | Southland Terrace | KY | $ | 5,581.25 |
| 802 | SOUTHPORT CENTRE, LLC | Southport Centre | IN | $ | 6,373.38 |
| 659 | SOUTHSIDE RETAIL, LLC | Regency Commons | FL | $ | 5,666.97 |
| 552 | SPF MARKET AT SOUTHSIDE, LLC | Market @ Southside | FL | $ | 7,279.87 |
| 682 | SQUARE V GROUP, LLC | Times Square | WI | $ | 7,875.00 |
| 598 | STARLITE MINNESOTA LIMITED | Starlite Center | MN | $ | 8,323.66 |

| # | Name | Property | State | Amount |
|---|---|---|---|---|
| 643 | STEELYARD COMMONS LLC | Steelyard Commons | OH | $ 12,502.88 |
| 684 | STERLING PONDS LLC | Shops @ Sterling Pond | MI | $ 7,864.93 |
| 771 | STONE MOUNTAIN IMPROVEMENTS, LLC. | Stone Mountain Imp | GA | $ 7,319.19 |
| 548 | SUN LIFE ASSURANCE COMPANY OF | Market East Town Center | TX | $ 9,000.50 |
| 636 | SURREY FONDREN INVESTORS, LLC | Fondren southwest | TX | $ 7,883.34 |
| 618 | SUSO 2 INDEPENDENCE LP | Independence Square | NC | $ 7,751.57 |
| 756 | TANGER PROPERTIES LIMITED | San Marcos II Outlet | TX | $ 14,491.30 |
| 412 | TCCI BROAD STREET, LLC | Town & Country | OH | $ 7,677.63 |
| 697 | THE EASTWAY SQUARE LIMITED | Eastway Square | NC | $ 8,050.00 |
| 639 | THE KROENKE GROUP | Southeast Market | TX | $ 8,750.01 |
| 139 | THF FRUITPORT PARCEL R | MUSKEGON, MI | MI | $ 7,888.00 |
| 234 | THF SILVER SPRINGS DEVELOPMENT | SILVER SPRING COMMONS | PA | $ 5,415.19 |
| 344 | THF TELEGRAPH PARCEL W | TELEGRAPH CROSSING | MO | $ 7,507.22 |
| 608 | TIC PROPERTIES MANAGEMENT, LLC | Stonybrook South | KY | $ 5,155.05 |
| 248 | TJ MIDDLESEX, LLC AND TJ | TJ MAXX PLAZA | MA | $ 5,737.50 |
| 633 | TOBINA LLC | Farington Centre | GA | $ 9,360.00 |
| 503 | TREECO/MANOR LIMITED | Manor S/C | PA | $ 7,325.93 |
| 301 | TWIN CITY PLAZA, LLC | TWIN CITY PLAZA | MA | $ 12,102.13 |
| 379 | UB IRONBOUND L.P. | FERRY PLAZA | NJ | $ 9,327.58 |
| 491 | UNITED EQUITIES, INC. | Gessner & Bellaire (022802) | TX | $ 8,721.00 |
| 750 | UNIVERSAL MALL PROPERTIES, LLC | Universal Shopping Center | MI | $ 8,635.01 |
| 506 | UNIVERSITY PLAZA JOINT VENTURE | University Plaza | FL | $ 8,413.43 |
| 537 | VIKING PARTNERS INDIAN CREEK, | Indian Creek Commons | IN | $ 6,750.33 |
| 386 | VORNADO FOREST PLAZA L.L.C. | Forest Plaza | NY | $ 10,652.52 |
| 517 | VORNADO LODI DELAWARE, LLC | Lodi S/C | NJ | $ 10,727.11 |
| 794 | WAUKEGAN PLAZA - LEWIS AVENUE | Waukegan Plaza | IL | $ 7,874.16 |
| 110 | WAYNETOWNE ASSOCIATES | WAYNETOWN | OH | $ 738.76 |
| 206 | WEGMANS FOOD MARKETS, INC. | WEST GREECE | NY | $ 7,458.05 |
| 563 | WEINGARTEN NOSTAT, INC. | Colonial Plaza | FL | $ 8,210.44 |
| 560 | WEINGARTEN REALTY | TJ Maxx | FL | $ 6,788.49 |
| 613 | WEINGARTEN REALTY | Westhill Village | TX | $ 7,768.53 |
| 646 | WEINGARTEN REALTY | Festival @ Jefferson Court | KY | $ 8,721.32 |
| 361 | WEINGARTEN REALTY INVESTORS | LARGO | FL | $ 6,082.15 |
| 522 | WEINGARTEN REALTY MANAGEMENT | Valley view | TX | $ 4,979.75 |
| 678 | WESGOLD, LLC | Park West Town Center | PA | $ 8,908.25 |
| 655 | WEST ROAD INVESTORS, LP | West Road Plaza | TX | $ 6,752.67 |
| 521 | WEST TOWN CORNERS, LLC | West Town Corners | FL | $ 8,861.80 |
| 311 | WESTBORN MALL LIMITED | WESTBORN MALL | MI | $ 6,175.00 |
| 766 | WESTPOINTE PLAZA L.P | Westpoint Plaza Lp | OH | $ 7,269.40 |
| 343 | WETHERSFIELD SHOPPING CENTER | WETHERSFIELD | CT | $ 7,808.67 |
| 589 | WHARTON SQUARE PARTNERS | Wharton Square | PA | $ 5,585.60 |
| 762 | WHITEROCK IMPROVEMENTS, LP | White Rock Market Place | TX | $ 5,959.61 |
| 620 | WILKINSON CROSSING, LLC - 6610 | Wilkinson Crossing | NC | $ 6,690.36 |
| 489 | WILLOWCHASE RETAIL ASSOCIATES, | WillowChase | TX | $ 4,766.46 |
| 705 | WINBROOK MANAGEMENT, INC. | Canton Centre | OH | $ 7,571.34 |
| 681 | WLA GARNER SHOP II, LLC | Shoppes @ Garner | NC | $ 6,547.59 |
| 288 | WLB OF NEW JERSEY, L.L.C. | PADDOCK PLAZA | NJ | $ 10,603.40 |
| 118 | W-M DEVELOPMENT COMPANY | CHERRY TREE | IN | $ 5,408.81 |
| 349 | WONDERLAND MARKETPLACE, INC. | WONDERLAND | MA | $ 5,524.58 |
| 284 | WP EAST END ASSOCIATES, L.P. | EAST END CENTER | PA | $ 2,236.47 |
| 774 | WP WOONSOCKET ASSOCIATES, LLC | Diamond Hill Plaza | RI | $ 5,497.20 |
| 325 | WRI JT NORTHRIDGE LP | NORTH RIDGE (FL) | FL | $ 7,351.34 |
| 701 | WRI JT PEMBROKE COMMONS, LP | Pembroke Pines | FL | $ 12,422.31 |

| | | | | | |
|---|---|---|---|---|---|
| 670 | WRI MUELLER, LLC | Mueller Airport Development | TX | $ | 8,416.53 |
| 672 | WRI REGENCY CENTRE, LLC | Regency Center | KY | $ | 9,617.00 |
| 665 | WRS CENTERS I, LLC | Hudson Bridge | GA | $ | 6,266.66 |
| 125 | WYOMING MALL, LTD. | WYOMING MALL | MI | $ | 4,052.49 |
| 686 | YALE LEXINGTON, LLC | North Park Market Place | KY | $ | 5,845.55 |