| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-2(c) | |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>John K. Sherwood, Esq.<br>Andrew Behlmann, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* |  |
| In re:<br><br>Dots, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 14-11016 (DHS)<br><br>(Joint Administration Requested) |

## ORDER GRANTING APPLICATION TO SHORTEN TIME

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby ORDERED.

2/18/14

---

[1] The Debtors in these chapter 11 cases are Dots, LLC (3957), IPC/Dots LLC (8282), and Dots Gift LLC. The last four digits of Dots, LLC's and IPC/Dots LLC's tax identification numbers are (3957) and (8282), respectively

29066/2
02/18/2014 28697641.1

Page:    2
Debtor:  Dots, LLC, *et al.*
Case No.: 14-11016 (DHS)
Caption: Order Granting Application to Shorten Time

**THIS MATTER** having been opened to the Court by the above-captioned debtors and debtors-in-possession (the "**Debtors**")[2] upon the application (the "**Application**") pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and D.N.J. LBR 9013-1(e) to shorten time for notice and hearing to the Debtors' motion for Entry Of An Order Fixing Prepetition Cure Costs With Respect To Certain Unexpired Leases Of Non-Residential Real Property (the "**Cure Costs Motion**"); and upon the record herein; after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

**It is ORDERED** as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Bankruptcy Rule 2002 or other rule for notice of hearing on the Cure Costs Motion is hereby shortened as set forth herein.

2. The hearing on the Motion shall be conducted on **March 5, 2014 at 1:00 P.m.**, before the Honorable Donald H. Steckroth, U.S.B.J., at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, Courtroom No. 3B.

3. True copies of this Order and the Application for it shall be served upon (i) the Office of the United States Trustee for the District of New Jersey, (ii) counsel to the Committee, (iii) counsel for the Pre-Petition Senior Lender and DIP Lender, (iv) counsel for the Pre-Petition Subordinated Lenders, (v) all non-Debtor counterparties to the Leases, and (vi) all parties that have previously filed notices of appearance in the Chapter 11 Cases by

   fax,

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

Page:      3
Debtor:    Dots, LLC, *et al.*
Case No.:  14-11016 (DHS)
Caption:   Order Granting Application to Shorten Time

---

     ☒    email,

     ☐    regular mail,

     ☒    overnight mail,

     ☒    hand delivery

and within

     ☒    ___1___ day(s) of the date hereof, or

     ☐    on the same date as the order.

4.  Immediate telephone notice of entry of this order shall also be given to said parties.

5.  Any objection to the Debtors' Motion ("**Objection**"):

     ☐    Shall be filed and served so as to be received no later than ~~February~~ ___, 2014 at ~~____~~ .m.

     ☒    May be presented at the Hearing.

6.  ☒  Court appearances will be required to prosecute said request and any Objection to the request for relief.

     ☐    Any objector may appear by telephone at the hearing.

     ☐    The hearing will be held by telephone conference call, to be arranged by the Debtors.