**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Dots, LLC, *et al.*, [1] | Case No. 14-11016 (DHS) |
| Debtors. | Jointly Administered |

**NINTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this ninth monthly fee statement for the period September 1, 2014 through September 30, 2014 (the "**Ninth Fee Statement**") pursuant to the Court's *Administrative Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated March 19, 2014 [Docket No. 239] (the "**Administrative Order**"). Pursuant to the Administrative Order, responses to the Ninth Fee Statement, if any, are due by October 28, 2014.

---

[1]     The Debtors in these chapter 11 cases are Dots, LLC, IPC/Dots LLC, and Dots Gift LLC. The last four digits of Dots, LLC's and IPC/Dots LLC's tax identification numbers are (3957) and (8282), respectively.

Dated:  October 8, 2014

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

*/s/ Kenneth A. Rosen* _____
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE:    Dots, LLC, et al.                    APPLICANT:    Lowenstein Sandler LLP

CASE NO.:    14-11016 (DHS)                   CLIENT:    Chapter 11 Debtors

CHAPTER:    11                                CASE FILED:    January 20, 2014

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

---

## SECTION I
## FEE SUMMARY

### NINTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
### FOR THE PERIOD SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014

|                                        | FEES            | EXPENSES     |
|----------------------------------------|-----------------|--------------|
| TOTAL PREVIOUS FEES REQUESTED          | $1,746,262.00   | $26,368.82   |
| TOTAL FEES ALLOWED TO DATE:            | $ 1,746,262.00  | $26,368.82   |
| TOTAL RETAINER (IF APPLICABLE)         | $        0.00   | $     0.00   |
| TOTAL HOLDBACK (IF APPLICABLE)         | $  93,865.00[2] | $     0.00   |
| TOTAL RECEIVED BY APPLICANT            | $ 762,050.08    | $14,571.16   |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | $  46,124.50 |
| DISBURSEMENTS TOTALS - PAGE 3 | $   1,331.36 |
| TOTAL FEE APPLICATION | $  47,455.86 |
| MINUS 20% HOLDBACK | -   9,224.90 |
| AMOUNT SOUGHT AT THIS TIME | $  38,230.96 |

---

[2] This amount includes holdback under this Application.

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fee |
|---|---|---|---|---|---|
| Banker, David M. | 2000 | Partner/Bankruptcy | 2.30 | $620.00 | $1,426.00 |
| Buechler, Bruce | 1987 | Partner/Bankruptcy | 1.90 | $735.00 | $1,396.50 |
| Jung, Wojciech F. | 2003 | Partner/Bankruptcy | 34.00 | $600.00 | $20,400.00 |
| *Jung, Wojciech F. - Travel Time | 2003 | Partner/Bankruptcy | 0.90 | $300.00 | $270.00 |
| Rosen, Kenneth A. | 1979 | Partner/Bankruptcy | 1.40 | $885.00 | $1,239.00 |
| Behlmann, Andrew D. | 2009 | Associate/Bankruptcy | 29.80 | $485.00 | $14,453.00 |
| Bonito, Lisa Marie | N/A | Paralegal/Bankruptcy | 20.60 | $200.00 | $4,120.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 5.50 | $220.00 | $1,210.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 5.60 | $200.00 | $1,120.00 |
| Sudol, Jeanne | N/A | Paralegal/Bankruptcy | 2.00 | $110.00 | $220.00 |
| **Total Fees** | | | **104** | | **$45,854.50** |
| **Blended Rate** | | | | **$440.91** | |

*Reflects 50% rate reduction due to non-working travel time

# SECTION II
# SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 2.30 | $738.00 |
| Asset Analysis and Recovery | 7.80 | $3,783.00 |
| Asset Disposition | 5.70 | $3,784.50 |
| Relief from Stay/Adequate Protection Proceedings | 0.20 | $44.00 |
| Meetings of and Communication with Creditors | 1.40 | $612.00 |
| Fee/Employment Applications | 2.10 | $430.00 |
| Employment and Retention Applications - Others | 0.50 | $104.00 |
| Fee Applications and Invoices - Others | 13.40 | $3,449.50 |
| Avoidance Action Analysis | 5.60 | $3,384.00 |
| Assumption/Rejection of Leases and Contracts | 14.30 | $6,527.50 |
| Other Contested Matters (excluding assumption/rejection motions) | 17.50 | $9,418.00 |
| Non-Working Travel | 0.90 | $270.00 |
| Business Operations | 11.90 | $2,860.00 |
| Financing/Cash Collateral | 1.70 | $1,020.00 |
| Claims Administration and Objections | 9.40 | $4,618.00 |

| | | |
|---|---|---|
| Plan and Disclosure Statement (including Business Plan) | 2.00 | $428.00 |
| Restructurings | 0.20 | $120.00 |
| Adversary Proceedings and Bankruptcy Court Litigation | 0.20 | $124.00 |
| Other - Insurance Matters | 6.90 | $4,140.00 |
| **SERVICE TOTALS** | **104** | **$45,854.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | AMOUNT |
|---|---|
| Case preparation expenses | $6.69 |
| Messenger and delivery charges | $488.55 |
| Bulk rate/special postage | $19.60 |
| Computerized legal research | $371.75 |
| Telecommunications | $34.83 |
| Travel | $24.44 |
| Photocopies 495 pages at $0.78 per page | $385.50 |
| **TOTAL DISBURSEMENTS** | **$1,331.36** |

**SECTION IV**
**CASE HISTORY**

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)    DATE CASE FILED: January 20, 2014

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION: February 11, 2014, effective as of January 20, 2014 [Docket No. 184].   See Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a.    Applicant engaged in communications and meetings with the Official Committee of Unsecured Creditors (the "**Committee**") and its professionals;

    b.    Applicant drafted and filed a motion to compel IBC Bank and Citibank to close accounts and turn over proceeds and for sanctions for violation of the automatic stay;

    c.    Applicant attended to fee applications of various estate professionals;

    d.    Applicant attended to the Gordon Brothers reconciliation and discussed the reconciliation with PwC and the Board;

    e.    Applicant attended to various phone calls from creditors re: claims;

    f.    Applicant attended to multiple objections to preference litigation procedures and conferred with special counsel regarding the preference procedures;

    g.    Applicant attended to the rejection of the Debtors' remaining executory contracts;

    h.    Applicant attended to the Debtors' monthly operating reports;

    i.    Applicant attended to the Visa/Mastercard settlement and motion to approve the settlement;

    j.    Applicant attended court hearings on behalf of the Debtors;

    k.    Applicant attended to the Debtors' budget issues;

    l.    Applicant attended various medical and administrative claims;

    m.    Applicant attended to the Debtors' insurance issues;

n.  Applicant frequently communicated with the Committee's and lenders' professionals on various issues, including the Debtors' operations and the administration of the case; and

o.  Applicant performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)  ANTICIPATED DISTRIBUTION TO CREDITORS:

| | | |
|---|---|---|
| (A) | ADMINISTRATION EXPENSES: | (unknown at this time) |
| (B) | SECURED CREDITORS: | (unknown at this time) |
| (C) | PRIORITY CREDITORS: | (unknown at this time) |
| (D) | GENERAL UNSECURED CREDITORS: | (unknown at this time) |

(6)  FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2014

/s/ *Kenneth A. Rosen*
      Kenneth A. Rosen, Esq.

Order Filed on
2/11/2014
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Gerald C. Bender, Esq.
Wojciech F. Jung, Esq.
Shirley Dai, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Counsel to the Debtors and*
*Debtors-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| Dots, LLC, *et al.*, [1] | Case No.  14-11016 (___) |
| Debtors. | (Joint Administration Requested) |

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: 2/11/2014**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

---

[1]     The Debtors in these chapter 11 cases are Dots, LLC, IPC/Dots LLC, and Dots Gift LLC.  The last four digits of Dots, LLC's and IPC/Dots LLC's tax identification numbers are (3957) and (8282), respectively.

Page:       2
Debtors:    Dots, LLC, *et al.*
Case No.:   14-11016 (___)
Caption:    Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the
            Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "**Application**")[2] of the above captioned debtors and debtors-in-possession (collectively, the "**Debtors**") for entry of an order pursuant to sections 327(a), 328 and 1107 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Jersey authorizing the employment and retention of Lowenstein Sandler LLP ("**Lowenstein Sandler**") as counsel to the Debtors, effective as of January 19, 2014 (the "**Petition Date**"), and upon consideration of the *Declaration of Kenneth A. Rosen* and the *Declaration of Lisa Rhodes in support of the Application*; and the Court being satisfied that Lowenstein Sandler does not hold or represent an interest adverse to the Debtors' estates and is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code; and notice of the Application being sufficient; and sufficient cause appearing therefor;

### IT IS HEREBY ORDERED THAT:

1.      The Application is **GRANTED**.

2.      Pursuant to sections 327(a), 328 and 1107 of the Bankruptcy Code, the Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.      Lowenstein Sandler shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and such other procedures as may be fixed by order of this Court.

4.      The requirement set forth in Local Rule 9013-2 that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

*Approved by Judge Donald H. Steckroth February 11, 2014*

Page:       3
Debtors:    Dots, LLC, *et al.*
Case No.:   14-11016 (___)
Caption:    Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the
            Debtors Effective as of the Petition Date

___

     5.     To the extent applicable, the requirements of rule 6004(a) of the Bankruptcy Rules are hereby waived.

     6.     Notwithstanding the possible applicability of rule 6004(h) of the Bankruptcy Rules, this Order shall be immediately effective and enforceable upon its entry.

     7.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

     8.     This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

*Approved by Judge Donald H. Steckroth February  11, 2014*

# EXHIBIT A

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through September 30, 2014

In re: Chapter 11

### I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Banker, David M. | 2000 | Partner/Bankruptcy | 2.30 | $620.00 | $1,426.00 |
| Buechler, Bruce | 1987 | Partner/Bankruptcy | 1.90 | 735.00 | 1,396.50 |
| Jung, Wojciech F. | 2003 | Partner/Bankruptcy | 34.00 | 600.00 | 20,400.00 |
| *Jung, Wojciech F. - Travel Time | 2003 | Partner/Bankruptcy | 0.90 | 300.00 | 270.00 |
| Rosen, Kenneth A. | 1979 | Partner/Bankruptcy | 1.40 | 885.00 | 1,239.00 |
| Behlmann, Andrew D. | 2009 | Associate/Bankruptcy | 29.80 | 485.00 | 14,453.00 |
| Bonito, Lisa Marie | N/A | Paralegal/Bankruptcy | 20.60 | 200.00 | 4,120.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 5.50 | 220.00 | 1,210.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 5.60 | 200.00 | 1,120.00 |
| Sudol, Jeanne | N/A | Paralegal/Bankruptcy | 2.00 | 110.00 | 220.00 |
| **TOTAL FEES** | | | **104.00** | | **$45,854.50** |
| **Blended Rate** | | | | | **$440.91** |

*Reflects 50% rate reduction due to non-working travel time

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Dots, LLC
Invoice No.: 711927

Page 2
October 7, 2014

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 09/11/14 | WFJ | Update agenda re 9/16/14 hearing and confer with L. Bonito re same | 0.20 | $120.00 |
| B110 | 09/15/14 | JS | Organize, review & set up file for attorney review re: deadlines | 1.00 | 110.00 |
| B110 | 09/15/14 | WFJ | Review and revise amended agenda re 9/16/14 hearing | 0.10 | 60.00 |
| B110 | 09/17/14 | WFJ | Attention to critical dates | 0.20 | 120.00 |
| B110 | 09/26/14 | DC | Exchange e-mail correspondence with W. Jung re: MOR for August 2014 | 0.10 | 22.00 |
| B110 | 09/29/14 | DC | Tend to filing of Monthly Operating Report for August 2014 | 0.20 | 44.00 |
| B110 | 09/29/14 | DC | Draft e-mail to Donlin & Recano re: contact list for service requests and contact introduction for future service requests | 0.10 | 22.00 |
| B110 | 09/30/14 | WFJ | Work on open matters and case logistics | 0.40 | 240.00 |
| | | | **Total B110 - Case Administration** | 2.30 | $738.00 |

B120 Asset Analysis and Recovery

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 09/09/14 | ADB | Draft motions to compel IBC Bank and Citibank to close accounts and turn over proceeds and for sanctions for violation of automatic stay | 7.80 | 3,783.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Dots, LLC

Page 3

Invoice No.: 711927

October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B120 - Asset Analysis and Recovery** | 7.80 | $3,783.00 |

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 09/05/14 | ADB | Review proposed release requested by Rainbow Southeast Leasing Inc. re: real estate leases | 0.30 | 145.50 |
| B130 | 09/09/14 | KAR | E-mails to/from PriceWaterhouse re: sharing with Gordon Brothers | 0.30 | 265.50 |
| B130 | 09/10/14 | WFJ | Call with P. Hollander re GB reconciliation | 0.20 | 120.00 |
| B130 | 09/11/14 | WFJ | Correspondence with lenders and counsel re Gordon Brothers reconciliation | 0.30 | 180.00 |
| B130 | 09/11/14 | WFJ | Analysis of documents and backup information Gordon Brothers reconciliation | 1.10 | 660.00 |
| B130 | 09/11/14 | WFJ | Correspondence (.1) with K. Rosen and call (.2) with A. Behlmann re reconciliation of sale proceeds | 0.30 | 180.00 |
| B130 | 09/12/14 | WFJ | Correspondence with A. Behlmann re GB reconciliation (.1); review back up re same (.6) | 0.70 | 420.00 |
| B130 | 09/16/14 | KAR | Conference call with PwC of AC re: GB report | 0.70 | 619.50 |
| B130 | 09/16/14 | WFJ | Conference call with PwC and Board re sale and reconciliation | 1.10 | 660.00 |
| B130 | 09/18/14 | WFJ | Correspondence with A. Behlmann re Gordon Brothers and budget | 0.20 | 120.00 |
| B130 | 09/19/14 | KAR | Conference call re: Gordon accounting | 0.40 | 354.00 |
| B130 | 09/23/14 | WFJ | Review Declaration of New Dots LLC Regarding Customer Personally Identifiable Information | 0.10 | 60.00 |
| | | | **Total B130 - Asset Disposition** | 5.70 | $3,784.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Dots, LLC

Page 4

Invoice No.: 711927

October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B140 Relief from Stay/Adequate Protection Proceedings | | | | | |
| B140 | 09/29/14 | DC | Tend to filing Certification of Service for Motion for Turnover re: Citibank | 0.20 | 44.00 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 0.20 | $44.00 |
| B150 Meetings of and Communication with Creditors | | | | | |
| B150 | 09/10/14 | WFJ | Correspondence with A. Behlmann re IBC correspondence and inquiry | 0.20 | 120.00 |
| B150 | 09/10/14 | WFJ | Correspondence with Donlin re creditor inquiry | 0.10 | 60.00 |
| B150 | 09/11/14 | WFJ | E-mail from V. Leal re return of funds | 0.10 | 60.00 |
| B150 | 09/24/14 | DC | Respond to telephone calls from claimants and confer with A. Behlman re: same | 0.30 | 66.00 |
| B150 | 09/25/14 | WFJ | Correspondence with D. Claussen re creditor inquiry | 0.10 | 60.00 |
| B150 | 09/26/14 | DC | Return telephone calls to various creditors re: claim filing instructions and verification of filed claims | 0.30 | 66.00 |
| B150 | 09/29/14 | WFJ | Call from former employee- re claims and update | 0.30 | 180.00 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 1.40 | $612.00 |
| B160 Fee/Employment Applications | | | | | |
| B160 | 09/02/14 | LMB | Update fee application status chart | 0.70 | 140.00 |
| B160 | 09/09/14 | EBL | Prepare Lowenstein's eighth monthly fee application | 0.90 | 180.00 |

Dots, LLC

Invoice No.: 711927

October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 09/29/14 | DC | Retrieve Order Approving First Interim Fee Application, forward same to J. Straker and confer with E. Lawler re: Second Interim Fee Application | 0.20 | 44.00 |
| B160 | 09/29/14 | DC | Prepare Notice of Hearing for Lowenstein's Second Interim Fee Application | 0.30 | 66.00 |
| | | | **Total B160 - Fee/Employment Applications** | 2.10 | $430.00 |

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B165 | 07/30/14 | LMB | Review Hilco Streambank retention application | 0.30 | 60.00 |
| B165 | 09/25/14 | DC | Exchange e-mail correspondence with PwC and W. Jung re: CNO for monthly fee application | 0.20 | 44.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 0.50 | $104.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 07/25/14 | LMB | Arrange for service and e-mail PwC monthly fee statement for June 2014 | 0.40 | 80.00 |
| B175 | 07/30/14 | LMB | Preparation of Final Fee Application for Hilco Streambank | 1.50 | 300.00 |
| B175 | 07/30/14 | LMB | Preparation of Final Fee Application for A&G Realty Partners, LLC | 1.50 | 300.00 |
| B175 | 09/01/14 | WFJ | Review Donlin's July invoice | 0.10 | 60.00 |
| B175 | 09/02/14 | ADB | Exchange e-mails with J. Hazan and L. Bonito re: Hilco Streambank fee application | 0.30 | 145.50 |
| B175 | 09/02/14 | LMB | Prepare and efile PWC Certification of NO Objection for 4th monthly fee statement for May 2014 | 0.60 | 120.00 |

Dots, LLC
Invoice No.: 711927

Page 6
October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 09/02/14 | LMB | Prepare and efile Hilco Certification of No Objection for Final Fee Application | 0.60 | 120.00 |
| B175 | 09/10/14 | EBL | Finalize and e-file Lowenstein's eighth monthly fee application | 0.40 | 80.00 |
| B175 | 09/10/14 | EBL | Finalize and e-file Lowenstein Sandler's Eighth Monthly fee application | 0.30 | 60.00 |
| B175 | 09/10/14 | WFJ | Prepare August fee statement | 0.30 | 180.00 |
| B175 | 09/11/14 | WFJ | Correspondence with Donlin re payments | 0.20 | 120.00 |
| B175 | 09/16/14 | WFJ | Review Salazar's final fee application | 0.10 | 60.00 |
| B175 | 09/22/14 | WFJ | Review Salazar final fee application | 0.10 | 60.00 |
| B175 | 09/24/14 | DC | Tend to filing and service of Seventh Monthly Fee Statement of PricewaterhouseCoopers | 0.40 | 88.00 |
| B175 | 09/24/14 | WFJ | Correspondence with C. Brown re CNOs | 0.10 | 60.00 |
| B175 | 09/25/14 | DC | Prepare CNO for PwC's Sixth Monthly Fee Application and tend to filing same with the court | 0.30 | 66.00 |
| B175 | 09/25/14 | EBL | Prepare draft of second interim fee application and related exhibits | 2.30 | 460.00 |
| B175 | 09/26/14 | DC | Prepare and file Certification of Service of Seventh Monthly Fee Statement of PricewaterhouseCoopers | 0.30 | 66.00 |
| B175 | 09/26/14 | DC | Respond to e-mail from PricewaterhouseCoopers re: approval of CNO for filing | 0.10 | 22.00 |
| B175 | 09/26/14 | DC | Tend to electronic filing of Certificate of No Objection for sixth monthly fee application of PricewaterhouseCoopers | 0.10 | 22.00 |
| B175 | 09/30/14 | DC | Prepare Notice of Hearing  Second Interim Fee Application | 0.30 | 66.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Dots, LLC
Invoice No.: 711927

Page 7
October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 09/30/14 | DC | Telephone conference with E. Lawler re: revisions to Lowenstein's Second Interim Fee Application and deadline for filing under November 5 hearing date | 0.20 | 44.00 |
| B175 | 09/30/14 | DC | Revise Notice of Hearing for PwC's Second Interim Fee Application and tend to filing same with the court | 0.30 | 66.00 |
| B175 | 09/30/14 | DC | Draft e-mail for service of Lowenstein's Second Interim Fee Application | 0.20 | 44.00 |
| B175 | 09/30/14 | EBL | Revisions to Second Interim Fee Application of Lowenstein Sandler (1.0); e-file same and coordinate service (.7) | 1.70 | 340.00 |
| B175 | 09/30/14 | WFJ | Work on second interim fee application | 0.70 | 420.00 |

|  |  |  | **Total B175 - Fee Applications and Invoices - Others** | 13.40 | $3,449.50 |

B180 Avoidance Action Analysis

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B180 | 09/04/14 | WFJ | E-mails with J. DePasquale et al preference litigation | 0.20 | 120.00 |
| B180 | 09/08/14 | WFJ | Review utility companies objection re preference procedures | 0.20 | 120.00 |
| B180 | 09/08/14 | WFJ | Correspondence with J. DePasquale re preference procedures | 0.20 | 120.00 |
| B180 | 09/09/14 | WFJ | Review multiple objections to preference procedures motion | 0.30 | 180.00 |
| B180 | 09/10/14 | WFJ | Correspondence with J. DiPisquale et al re objections to bidding procedures | 0.30 | 180.00 |
| B180 | 09/11/14 | WFJ | Correspondence with J. DiPisquale re further comments to procedures | 0.20 | 120.00 |
| B180 | 09/12/14 | WFJ | Correspondence with Trenk re preference analysis | 0.20 | 120.00 |
| B180 | 09/15/14 | WFJ | Review multiple objections re preference procedures (.6); confer with J. DiPisquale re same (.2) | 0.80 | 480.00 |

Dots, LLC
Invoice No.: 711927

Page 8
October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B180 | 09/26/14 | DMB | Review special counsel's proposed preference complaint | 0.30 | 186.00 |
| B180 | 09/26/14 | DMB | Research statutes, rules and forms in connection with comments to special counsel's proposed preference complaint | 0.30 | 186.00 |
| B180 | 09/26/14 | DMB | Prepare comments to special counsel re: proposed preference complaint | 0.40 | 248.00 |
| B180 | 09/26/14 | DMB | Review special counsel's revised proposed preference complaint and e-mails with special counsel re: same | 0.20 | 124.00 |
| B180 | 09/26/14 | WFJ | E-mail from J. DiPasquale re top 75 preference defendants | 0.20 | 120.00 |
| B180 | 09/26/14 | WFJ | Correspondence with D. Banker and J. DiPasquale re complaints and preference defendants | 0.20 | 120.00 |
| B180 | 09/29/14 | WFJ | E-mail to J. DiPasquale re top 75 preference defendants (.1); review documents re Innotrac (.3) | 0.40 | 240.00 |
| B180 | 09/29/14 | WFJ | E-mails with J. Catalano re preference litigation matters | 0.50 | 300.00 |
| B180 | 09/30/14 | WFJ | Confer with Trenk re preferences and legal matters related thereto | 0.70 | 420.00 |

|  |  |  | **Total B180 - Avoidance Action Analysis** | 5.60 | $3,384.00 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B185 | 09/02/14 | ADB | Prepare schedule to omnibus notice of contract rejection | 4.60 | 2,231.00 |
| B185 | 09/03/14 | ADB | Finalize sixth omnibus notice of contract rejection | 6.60 | 3,201.00 |
| B185 | 09/03/14 | JS | Organize, review & set up file for attorney review re: contracts | 1.00 | 110.00 |
| B185 | 09/03/14 | WFJ | E-mails with A. Behlmann re rejection of contracts/leases | 0.10 | 60.00 |

Dots, LLC
Invoice No.: 711927

Page 9
October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B185 | 09/03/14 | WFJ | Review and revise pleadings re rejection of contracts/leases | 0.30 | 180.00 |
| B185 | 09/04/14 | WFJ | Review and revise notice re rejection of contracts | 0.20 | 120.00 |
| B185 | 09/04/14 | WFJ | E-mail from M. McCarthy re Rainbow reconciliation | 0.20 | 120.00 |
| B185 | 09/05/14 | LMB | Attend to, efile and serve via e-mail and regular mail Debtors' Sixth Omnibus Notice of (i) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, (ii) Abandonment of Personal Property, and (iii) Claims Bar Date | 0.60 | 120.00 |
| B185 | 09/08/14 | WFJ | Correspondence with A. Behlmann re rejection of contracts | 0.20 | 120.00 |
| B185 | 09/15/14 | ADB | Exchange e-mails with J. Montgomery re: rejection of SAP contracts | 0.30 | 145.50 |
| B185 | 09/29/14 | WFJ | Correspondence with K.. Conlan and A. Behlmann re leases | 0.20 | 120.00 |

| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 14.30 | $6,527.50 |
|--|--|--|--|--|--|

<u>B190 Other Contested Matters (excluding assumption/rejection motions)</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 09/02/14 | ADB | Revise Visa/Mastercard settlement motion | 3.20 | 1,552.00 |
| B190 | 09/02/14 | BB | Exchange e-mails with C. Pearson and A. Behlmann re: Visa/MasterCard settlement and motion to approve of settlement | 0.20 | 147.00 |
| B190 | 09/03/14 | ADB | Exchange e-mails with E. Bond re: Visa/MasterCard settlement | 0.30 | 145.50 |
| B190 | 09/03/14 | ADB | Draft motion to file Visa/Mastercard settlement agreement under seal | 2.30 | 1,115.50 |
| B190 | 09/04/14 | ADB | Exchange e-mails with P. Dawson re: drawdown of utility deposit account by Kissimmee Utilities Authority | 0.60 | 291.00 |

Dots, LLC
Invoice No.: 711927

Page 10
October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B190 | 09/04/14 | BB | Telephone call with C. Pearson re: Visa/MasterCard settlement | 0.10 | 73.50 |
| B190 | 09/04/14 | BB | Telephone call with A. Behlmann re: Visa/MasterCard settlement and filing motion to approve of same | 0.10 | 73.50 |
| B190 | 09/04/14 | BB | Review draft motion to approve of Visa/MasterCard settlement and separate motion to file the settlement agreement under seal and office conference with A. Behlmann re: comments to same | 0.60 | 441.00 |
| B190 | 09/05/14 | BB | Review revised draft Motion to approve for filing the Rule 9019 Settlement Motion under Seal | 0.20 | 147.00 |
| B190 | 09/05/14 | BB | Review e-mail from special counsel to Visa/Master Card litigation with comments to Motion | 0.10 | 73.50 |
| B190 | 09/10/14 | ADB | Telephone call with V. Leal of IBC Bank re: closing bank account | 0.20 | 97.00 |
| B190 | 09/10/14 | WFJ | Correspondence with A. Behlmann re turnover request (et al) re Citibank | 0.30 | 180.00 |
| B190 | 09/10/14 | WFJ | Confer with A. Behlmann re turnover request (et al) re Citibank | 0.10 | 60.00 |
| B190 | 09/10/14 | WFJ | Analysis of case law re turnover request and sanctions re Citibank | 0.70 | 420.00 |
| B190 | 09/10/14 | WFJ | Review and revise motion re turnover request and sanctions  re Citibank | 0.60 | 360.00 |
| B190 | 09/11/14 | ADB | Exchange e-mails with L. Bonito re: bank account turnover motions | 0.30 | 145.50 |
| B190 | 09/11/14 | ADB | Finalize and file Citibank turnover motion | 2.30 | 1,115.50 |
| B190 | 09/11/14 | WFJ | Further revision to turnover/contempt motion | 0.30 | 180.00 |
| B190 | 09/12/14 | WFJ | Correspondence with Trenk re reply re preference procedures objections | 0.40 | 240.00 |
| B190 | 09/12/14 | WFJ | Review and comment re reply re  preference procedures objections | 0.30 | 180.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Dots, LLC
Invoice No.: 711927

Page 11
October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B190 | 09/12/14 | WFJ | Review affidavits of R. Lyons and S. Meisel | 0.30 | 180.00 |
| B190 | 09/15/14 | BB | Exchange e-mails with C. Pearson re: settlement of Visa/Mastercard litigation | 0.10 | 73.50 |
| B190 | 09/15/14 | WFJ | Prepare for 9/16/14 hearing | 0.80 | 480.00 |
| B190 | 09/15/14 | WFJ | Confer with A. Behlmann re Visa settlement | 0.20 | 120.00 |
| B190 | 09/15/14 | WFJ | Correspondence with P. Hollander re board call | 0.20 | 120.00 |
| B190 | 09/16/14 | ADB | Telephone call with chambers re: entry of Visa/MasterCard settlement order | 0.20 | 97.00 |
| B190 | 09/16/14 | BB | Office conference with W. Jung re: court outcome on motion to approve settlement of Visa/MasterCard litigation | 0.10 | 73.50 |
| B190 | 09/16/14 | BB | Exchange e-mails with C. Pearson and his associate re: settlement of Visa/MasterCard litigation and obtaining payment | 0.20 | 147.00 |
| B190 | 09/16/14 | BB | Exchange e-mails with A. Behlmann re: settlement of Visa/MasterCard litigation and obtaining client signatures to settlement agreement | 0.10 | 73.50 |
| B190 | 09/16/14 | WFJ | Attend court hearing re various Debtors' motions | 1.00 | 600.00 |
| B190 | 09/17/14 | ADB | Review Visa/MasterCard settlement order entered by court | 0.20 | 97.00 |
| B190 | 09/17/14 | BB | Exchange e-mails re: Visa/MasterCard settlement and entry of the order approving settlement | 0.10 | 73.50 |
| B190 | 09/18/14 | LMB | Preparation of Notice of  Motion of the Debtors for Entry of an Order Pursuant Compelling Citibank, N.A. to Turnover Property of the Debtors Estates | 0.50 | 100.00 |
| B190 | 09/19/14 | ADB | Telephone call with outside counsel for Citibank re: contact for turnover motion | 0.30 | 145.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Dots, LLC
Invoice No.: 711927

Page 12
October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 17.50 | $9,418.00 |

### B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B195 | 09/16/14 | WFJ | Travel to and from court re hearing on various Debtors' motions | 0.90 | 270.00 |
| | | | **Total B195 - Non-Working Travel** | 0.90 | $270.00 |

### B200 - Operations

### B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 09/05/14 | LMB | Preparation of Application Shortening Time Period and proposed Order on the Settlement and Compromise Motion | 1.20 | 240.00 |
| B210 | 09/05/14 | LMB | Attend to and efile Motion of Debtors for Entry of an Order Approving Settlement and Compromise Pursuant to Fed. R. Bankr. P. 9019 and for Related Relief | 0.40 | 80.00 |
| B210 | 09/05/14 | LMB | Attend to and efile Motion of Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Motion of Debtors for Entry of an Order Approving Settlement and Compromise Pursuant to Fed. R. Bankr. P. 9019 and for Related Relief | 0.40 | 80.00 |
| B210 | 09/05/14 | LMB | Attend to and efile Application Shortening Time Period on the Motion of Debtors for Entry of an Order Approving Settlement and Compromise Pursuant to Fed. R. Bankr. P. 9019 and for Related Relief | 0.40 | 80.00 |
| B210 | 09/05/14 | LMB | E-mail to Judge's chambers requesting entry of Order Shortening Time Period on Settlement and Compromise Motion | 0.30 | 60.00 |
| B210 | 09/05/14 | LMB | Review court docket re: deadlines | 0.20 | 40.00 |
| B210 | 09/05/14 | WFJ | E-mail from S. Vrejan re trapped cash | 0.10 | 60.00 |

Dots, LLC
Invoice No.: 711927

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 09/05/14 | WFJ | E-mail with J. Catalano re Donlin | 0.10 | 60.00 |
| B210 | 09/08/14 | LMB | Review court docket re: deadlines | 0.20 | 40.00 |
| B210 | 09/08/14 | LMB | Preparation of Certificate of Service re: service of Settlement and Compromise Motion | 0.50 | 100.00 |
| B210 | 09/08/14 | LMB | Preparation of Certificate of Service re: Debtors' Sixth Omnibus Notice of Rejection | 0.40 | 80.00 |
| B210 | 09/09/14 | LMB | Review court docket and download objections | 0.40 | 80.00 |
| B210 | 09/09/14 | LMB | E-mail to W. Jung re; objections filed | 0.40 | 80.00 |
| B210 | 09/09/14 | LMB | Preparation of Notice of Agenda for September 16, 2014 hearing | 1.00 | 200.00 |
| B210 | 09/12/14 | LMB | Preparation of Certificate of Service re: Debtors for Entry of an Order Pursuant Compelling Citibank, N.A. to Turnover Property of the Debtors Estates | 0.50 | 100.00 |
| B210 | 09/12/14 | WFJ | Correspondence with P. Dawson et al re budget matters (.3); review same (.3) | 0.60 | 360.00 |
| B210 | 09/15/14 | LMB | Review court docket re: deadlines | 0.20 | 40.00 |
| B210 | 09/15/14 | LMB | Prepare and efile Amended Notice of Agenda | 0.80 | 160.00 |
| B210 | 09/15/14 | LMB | Preparation of Hearing binders re: 9/16/14 hearing | 0.40 | 80.00 |
| B210 | 09/15/14 | LMB | Assist in preparation for September 16, 2014 hearing | 0.80 | 160.00 |
| B210 | 09/16/14 | WFJ | Confer with A. Behlmann re IBC funds | 0.10 | 60.00 |
| B210 | 09/17/14 | LMB | Preparation of Critical Dates Memorandum | 1.00 | 200.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Dots, LLC
Invoice No.: 711927

Page 14
October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 09/17/14 | LMB | Preparation of service list | 1.00 | 200.00 |
| B210 | 09/18/14 | LMB | Review court docket re: deadlines | 0.20 | 40.00 |
| B210 | 09/18/14 | WFJ | E-mail from P. Dawson re MOR | 0.10 | 60.00 |
| B210 | 09/25/14 | WFJ | Correspondence with P. Dawson and A. Behlmann re wind down issues | 0.20 | 120.00 |
| | | | **Total B210 - Business Operations** | 11.90 | $2,860.00 |

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 09/23/14 | WFJ | E-mails with P. Dawson re next budget | 0.20 | 120.00 |
| B230 | 09/29/14 | WFJ | Multiple correspondence with K. Rosen re budget matters and extension of same (.3); analysis of claims re same (.5); correspondence with P. Dawson re same (.1) | 0.90 | 540.00 |
| B230 | 09/30/14 | WFJ | Correspondence with K. Rosen and P. Mandarino re budget extension (.2); work on same (.4) | 0.60 | 360.00 |
| | | | **Total B230 - Financing/Cash Collateral** | 1.70 | $1,020.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 09/02/14 | WFJ | Correspondence with PwC et al re admin claims | 0.30 | 180.00 |
| B310 | 09/03/14 | DMB | Review e-mails and further data provided by Hearts & Hips counsel in connection with its potential claims | 0.30 | 186.00 |
| B310 | 09/03/14 | DMB | Prepare e-mails to Hearts & Hips counsel in connection with its potential claims and further information we seek | 0.30 | 186.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Dots, LLC
Invoice No.: 711927

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 09/04/14 | DMB | Call with creditor re: questions re: distributions on its claim | 0.30 | 186.00 |
| B310 | 09/11/14 | LMB | Efile two Certificate of Services | 0.50 | 100.00 |
| B310 | 09/11/14 | LMB | Prepare and efile Certificate of No Objection re: 9019 Motion | 0.60 | 120.00 |
| B310 | 09/12/14 | WFJ | Analysis of administrative claims | 0.60 | 360.00 |
| B310 | 09/12/14 | WFJ | Correspondence with K. Rosen re administrative claims | 0.20 | 120.00 |
| B310 | 09/16/14 | WFJ | Correspondence with P. Dawson et al re admin claims | 0.20 | 120.00 |
| B310 | 09/17/14 | WFJ | E-mails with PwC et al re medical claims; e-mail with attorney for HIP re reduction of reserve | 0.30 | 180.00 |
| B310 | 09/17/14 | WFJ | E-mails with A. Behlmann et al re admin claims bar date and service matters | 0.20 | 120.00 |
| B310 | 09/18/14 | LMB | Prepare and efile Certificate of No Objection re: Motion Fixing a Deadline for Filing Administrative Expense Claim | 0.60 | 120.00 |
| B310 | 09/18/14 | LMB | Attend to and efile Motion of the Debtors for Entry of an Order Pursuant Compelling Citibank, N.A. to Turnover Property of the Debtors Estates | 0.60 | 120.00 |
| B310 | 09/18/14 | LMB | Arrange for service via E-mail and regular mail to all parties attaching the Motion of the Debtors for Entry of an Order Pursuant Compelling Citibank, N.A. to Turnover Property of the Debtors Estates | 0.30 | 60.00 |
| B310 | 09/18/14 | WFJ | Draft letter re medical claims (.3); correspondence (.2) and call (.1) with P. Dawson re same | 0.60 | 360.00 |
| B310 | 09/19/14 | WFJ | E-mails with A. Behlmann at al re bar date re medical claims | 0.20 | 120.00 |
| B310 | 09/19/14 | WFJ | E-mails with A. Behlmann et al re medical claims and notice re same | 0.30 | 180.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Dots, LLC
Invoice No.: 711927

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 09/23/14 | WFJ | E-mails with R. Itkin re creditor claims | 0.20 | 120.00 |
| B310 | 09/24/14 | WFJ | Correspondence with J. DiPisquale, K. Rosen and R. Itkin re Facility Source and claims related thereto | 0.30 | 180.00 |
| B310 | 09/29/14 | WFJ | E-mail from R. Itkin re Facility Source claims | 0.10 | 60.00 |
| B310 | 09/29/14 | WFJ | Correspondence from K. Rosen and P. Hollander re Amex claims | 0.20 | 120.00 |
| B310 | 09/29/14 | WFJ | Review and file August MOR (.2); correspondence with P. Dawson re same (.1) | 0.30 | 180.00 |
| B310 | 09/30/14 | WFJ | Review Amici Accessories Ltd.'s motion for payment (.2); confer with P. Dawson re same (.1) | 0.30 | 180.00 |
| B310 | 09/30/14 | WFJ | Analysis of Amex agreements (.9); draft memo re same (.5) | 1.40 | 840.00 |
| B310 | 09/30/14 | WFJ | Correspondence with R. Itkin and J. DiPisquale re SL's claim | 0.20 | 120.00 |
| | | | **Total B310 - Claims Administration and Objections** | 9.40 | $4,618.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 09/18/14 | LMB | Prepare and efile Certificate of No Objection re: Motion Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan | 0.60 | 120.00 |
| B320 | 09/25/14 | DC | Return and respond to telephone calls from numerous claimants and former employees re: proofs of claim and status of distribution | 0.50 | 110.00 |
| B320 | 09/29/14 | DC | Exchange e-mail correspondence with A. Behlmann and Donlin & Recano re: service of admin bar date order and medical claims letter | 0.30 | 66.00 |
| B320 | 09/29/14 | DC | Telephone calls with numerous former Dots employees re: instructions for completion of administrative proofs of claim | 0.60 | 132.00 |

Dots, LLC
Invoice No.: 711927

Page 17
October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 2.00 | $428.00 |

B400 - Bankruptcy-Related Advice

B420 Restructurings

| B420 | 09/29/14 | WFJ | Correspondence with P. Dawson and A. Miller re ACE payment re CP Settlement | 0.20 | 120.00 |
| | | | **Total B420 - Restructurings** | 0.20 | $120.00 |

B430 Adversary Proceedings and Bankruptcy Court Litigation

| B430 | 09/21/14 | DMB | Review e-mail from secured lender's counsel re: questions re: dismissal of CP action, and review file re: same | 0.10 | 62.00 |
| B430 | 09/21/14 | DMB | Prepare e-mail to secured lender's counsel re: questions re: dismissal of CP action, and review file re: same | 0.10 | 62.00 |
| | | | **Total B430 - Adversary Proceedings and Bankruptcy Court Litigation** | 0.20 | $124.00 |

B460 Other - Insurance Matters

| B460 | 09/02/14 | WFJ | Call with P. Hollander re insurance | 0.50 | 300.00 |
| B460 | 09/03/14 | WFJ | Call with P. Hollander re insurance | 0.20 | 120.00 |
| B460 | 09/04/14 | WFJ | Call with J. Romano et al re replacement of broker and related matters | 1.10 | 660.00 |
| B460 | 09/05/14 | WFJ | Letters re broker replacement | 0.20 | 120.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Dots, LLC
Invoice No.: 711927

Page 18
October 7, 2014

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B460 | 09/06/14 | WFJ | Correspondence from P. Hollander, M. Klaschka and J. Romano re broker replacement | 0.30 | 180.00 |
| B460 | 09/07/14 | WFJ | E-mail to P. Hollander re broker replacement | 0.10 | 60.00 |
| B460 | 09/08/14 | WFJ | Correspondence with P. Hollander re replacement of agent | 0.30 | 180.00 |
| B460 | 09/08/14 | WFJ | Correspondence to agent re replacement of agent | 0.20 | 120.00 |
| B460 | 09/08/14 | WFJ | Correspondence with new agent re coverage matters | 0.70 | 420.00 |
| B460 | 09/09/14 | WFJ | Correspondence with new broker and P. Hollander re insurance matters | 0.20 | 120.00 |
| B460 | 09/10/14 | WFJ | Communication from new broker re update | 0.10 | 60.00 |
| B460 | 09/15/14 | WFJ | E-mail from broker re insurance update | 0.10 | 60.00 |
| B460 | 09/16/14 | WFJ | E-mails with broker re call | 0.10 | 60.00 |
| B460 | 09/16/14 | WFJ | Call with E. Bond re board issues | 0.10 | 60.00 |
| B460 | 09/17/14 | WFJ | Call with P. Hollander re insurance (.3); e-mails with company re same (.2) | 0.50 | 300.00 |
| B460 | 09/17/14 | WFJ | Call with new broker et al re insurance | 0.50 | 300.00 |
| B460 | 09/18/14 | WFJ | Correspondence to P. Hollander re renewed coverage and underlying data | 0.40 | 240.00 |
| B460 | 09/22/14 | WFJ | E-mails with J. Catalano and P. Hollander re insurance matters | 0.20 | 120.00 |
| B460 | 09/24/14 | WFJ | Correspondence with P. Hollander and L. Long re coverage call | 0.20 | 120.00 |
| B460 | 09/29/14 | WFJ | Call with P. Hollander re insurance renewal | 0.20 | 120.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Dots, LLC
Invoice No.: 711927

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B460 | 09/29/14 | WFJ | Call with replacement broker and ACE re insurance renewal | 0.70 | 420.00 |

| | | | **Total B460 - Other - Insurance Matters** | 6.90 | $4,140.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Dots, LLC
Invoice No.: 711927

Page 20
October 7, 2014

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 2.30 | $738.00 |
| B120 | Asset Analysis and Recovery | 7.80 | 3,783.00 |
| B130 | Asset Disposition | 5.70 | 3,784.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.20 | 44.00 |
| B150 | Meetings of and Communication with Creditors | 1.40 | 612.00 |
| B160 | Fee/Employment Applications | 2.10 | 430.00 |
| B165 | Employment and Retention Applications - Others | 0.50 | 104.00 |
| B175 | Fee Applications and Invoices - Others | 13.40 | 3,449.50 |
| B180 | Avoidance Action Analysis | 5.60 | 3,384.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 14.30 | 6,527.50 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 17.50 | 9,418.00 |
| B195 | Non-Working Travel | 0.90 | 270.00 |
| B210 | Business Operations | 11.90 | 2,860.00 |
| B230 | Financing/Cash Collateral | 1.70 | 1,020.00 |
| B310 | Claims Administration and Objections | 9.40 | 4,618.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 2.00 | 428.00 |
| B420 | Restructurings | 0.20 | 120.00 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 0.20 | 124.00 |
| B460 | Other - Insurance Matters | 6.90 | 4,140.00 |
|      | **Total** | **104.00** | **$ 45,854.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

Dots, LLC
Invoice No.: 711927

Page 21

October 7, 2014

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Case preparation expenses | $6.69 |
| Messenger and delivery charges | 488.55 |
| Bulk rate/special postage | 19.60 |
| Computerized legal research | 371.75 |
| Telecommunications | 34.83 |
| Travel | 24.44 |
| Photocopies 495 pages at $0.78 per page | 385.50 |
| **Total Disbursements** | **$1,331.36** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Dots, LLC                                                                                                      Page 22
Invoice No.: 711927                                                                                   October 7, 2014

**DISBURSEMENT DETAIL:**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 08/27/14 | Reference Materials  VENDOR: American Express; INVOICE#: 082814; DATE: 8/28/2014 NJ Business Service - Business record | $6.69 |
| 09/09/14 | Other Telecommunications Charges  VENDOR: Rosen, Kenneth A.; INVOICE#: 090914; DATE: 9/9/2014 Verizon wireless | 13.08 |
| 08/29/14 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 16977237 DATE: 8/31/2014 GlobalMeetÂ® Audio NA - Toll Free  - USA | 17.45 |
| 08/29/14 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 16977237 DATE: 8/31/2014 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.15 |
| 08/29/14 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 16977237 DATE: 8/31/2014 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.15 |
| 09/16/14 | Local Travel  VENDOR: Jung, Wojciech F.; INVOICE#: 091714; DATE: 9/17/2014 Travel to/from hearing in Newark | 24.44 |
|  | Federal Express | 488.55 |
| 09/10/14 | Computerized legal research: Lexis:  User: BEHLMANN, ANDREW; Service: LEXIS LEGAL SERVICES; Charge Type: COMPUTER CONECTN TIME-00:25:20; SINGLE DOCUMENT RETRIEVAL-5.00; COMPUTER CONECTN TIME-00:00:51; LEGAL CITATION SERVICES-1.00;; | $143.34 |
| 09/11/14 | Computerized legal research: Lexis:  User: BEHLMANN, ANDREW; Service: LEXIS LEGAL SERVICES; Charge Type: COMPUTER CONECTN TIME-00:23:11; SINGLE DOCUMENT RETRIEVAL-9.00; COMPUTER CONECTN TIME-00:02:32; LEGAL CITATION SERVICES-1.00;; | 228.41 |
|  | Bulk rate/special postage | 19.60 |
|  | Internal photocopies:  495 pages at $0.78 per page | 385.50 |
|  | Total Disbursements | $1,331.36 |