Order Filed on
**11/5/2014**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Wojciech F. Jung, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

| | |
|---|---|
| In re:<br><br>Dots, LLC *et al.*[1],<br><br>                    Debtors. | Chapter 11<br><br>Case No. 14-11016 (DHS)<br>Jointly Administered |

**ORDER ALLOWING SECOND INTERIM FEE APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM
MAY 1, 2014 THROUGH AUGUST 31, 2014**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 11/5/2014**

*Donald H. Steckroth*
Honorable Donald H. Steckroth
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases are Dots, LLC, IPC/Dots LLC, and Dots Gift LLC. The last four digits of Dots, LLC's and IPC/Dots LLC's ta identification numbers are (3597) and (8282) respectively.

29066/2
09/30/2014 32386416.2

Page:    2
Debtors:  Dots, LLC *et al.*
Case No.:  14-11016 (DHS)
Caption:  Order Allowing Second Interim Fee Application of Lowenstein Sandler LLP as Counsel to the Debtors and Debtors -In-Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 1, 2014 through August 31, 2014

---

**THIS MATTER** having been brought before the Court by Lowenstein Sandler LLP ("**Lowenstein Sandler**"), upon its Application for compensation for services rendered in the amount of $423,200.50 and disbursements in the amount of $9,271.93, and upon adequate notice to all parties in interest and the Court having considered all papers submitted, and good cause shown:

**IT IS ORDERED** that Lowenstein Sandler, be, and hereby is allowed a second interim allowance of compensation for services rendered to the Debtors in the sum of $423,200.50, and reimbursement for costs in the sum of $9,271.93, for the period May 1, 2014 through August 31, 2014; and it is further

**ORDERED** that the payment authorized by this Order shall be made to Lowenstein Sandler within fourteen (14) days of the entry of this Order; it is further

**ORDERED** that this Court retains jurisdiction to interpret, implement and enforce the provisions of this Order.

*Approved by Judge Donald H. Steckroth November  05, 2014*